UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

```
ROGER SCHLAFLY           )
            Plaintiff(s) )
                         )    C 94-20512 SW
     -v-                 )
                         )    ORDER RE COURT PROCEDURES
PUBLIC KEY PARTNERS      )
            Defendant(s) )
                         )
```

    IT IS HEREBY ORDERED THAT this action is assigned to the Honorable and the Court Programs specified below and shall be subject to the rules governing these programs. At the time of service of the complaint or notice of removal, the plaintiff or removing defendant shall serve on all other parties a copy of this Order and all materials listed below.

    Pursuant to its mandate under the Civil Justice Reform Act of 1990, the court is experimenting with various programs designed to reduce cost and delay in civil litigation. Based on the results of this experimentation, the court hopes to establish a more integrated program encompassing the most successful case management and alternative dispute resolution techniques. All parties should read the pertinent General Orders and Local Rules.

COURT PROGRAMS TO WHICH THIS ACTION IS ASSIGNED
-----------------------------------------------

| PROGRAM | GOVERNING RULE | MATERIALS TO SERVE |
|---|---|---|
| ADR Certification | General Order 35 | General Order 35, Brochure: Dispute Resolution Procedures in the Northern District of California |