Thomas R. Hogan, Esq.
California State Bar No. 042048
LAW OFFICES OF THOMAS R. HOGAN
60 South Market Street, Suite 1125
San Jose, CA  95113-2332
Telephone:  (408) 292-7600

Attorneys for Defendant
PUBLIC KEY PARTNERS

FILED
AUG 18 1994
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

RECEIVED
AUG 16 1994
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROGER SCHLAFLY,

    Plaintiff,

v.

PUBLIC KEY PARTNERS, and
RSA DATA SECURITY, INC.,

    Defendants.

No. C 94 20512 PVT SW

EX PARTE APPLICATION AND
ORDER EXTENDING TIME TO PLEAD

    Defendant PUBLIC KEY PARTNERS hereby applies to the Court ex *parte* for an Order extending time to file a responsive pleading to the Complaint.  The undersigned has left a message for Plaintiff at the number indicated on the Complaint indicating that such an *ex parte* request would be made to this court.

    This request is being made due to the fact that two separate attempts to contact plaintiff to enter into a stipulation to extend the time to file a responsive pleading have been unsuccessful, in that only a message could be left for him.

    Defendant has not sought any previous extensions of time. Such an extension is timely and is necessary to allow additional

time to prepare such a pleading because Defendant has only retained counsel as of Friday, August 12, 1994, and the answer is due Tuesday, August 16, 1994.

Defendant respectfully requests that the Court grant an additional thirty (30) days by which to file such pleading.

Dated: August 16, 1994

_____
THOMAS R. HOGAN
Attorneys for Defendant

ORDER

Having considered Defendant's *ex parte* application for an extension of time to plead, and finding good cause therefor,

IT IS HEREBY ORDERED that Defendant have to and including September 5, 1994, by which to file such pleading.

Dated: 8/16/94

_____
United States District Judge