```
Thomas R. Hogan, Esq.
California State Bar No. 042048
LAW OFFICES OF THOMAS R. HOGAN
60 South Market Street, Suite 1125
San Jose, CA  95113-2332
Telephone:  (408) 292-7600

Attorneys for Defendant
PUBLIC KEY PARTNERS
```

FILED
AUG 18 1994
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

RECEIVED
AUG 16 1994
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER SCHLAFLY,<br><br>    Plaintiff,<br><br>v.<br><br>PUBLIC KEY PARTNERS, and<br>RSA DATA SECURITY, INC.,<br><br>    Defendants. | No. C 94 20512 PVT SW<br><br>DECLARATION OF THOMAS R. HOGAN<br>IN SUPPORT OF APPLICATION AND<br>ORDER EXTENDING TIME TO PLEAD |

I, THOMAS R. HOGAN, declare:

1.  I am an attorney duly licensed to practice before all Courts in the State of California and am attorney of record for defendant PUBLIC KEY PARTNERS.

2.  On August 12, 1994, our office was retained by defendant PUBLIC KEY PARTNERS to represent its interests with regard to the above-captioned matter.

3.  Defendant was served on or about July 27, 1994, with the Complaint in this matter.  A responsive pleading to this Complaint must be filed no later than Tuesday, August 16, 1994.

////

4. I placed a telephone call to the number listed in the Summons as that of Plaintiff, 408-476-3550 on Monday, August 15, 1994, to ascertain whether or not Plaintiff would be willing to stipulate to an extension of time for defendant PUBLIC KEY PARTNERS to respond. The call was answered by a recording identifying the number as that of Plaintiff and requesting that a message be left in his absence. I left a message on the answering machine identifying myself and asking that Plaintiff return my call.

5. I had my office redial Plaintiff's number at approximately 3:30 p.m. on Monday, August 15, 1994, again to request that a stipulation be entered into for an extension of time within which Defendant could respond. Again, a message was left on Plaintiff's answering machine. A message was also left indicating that Defendant PUBLIC KEY PARTNERS would be filing this Application and Declaration seeking an Order from this Court for an extension of time to plead.

6. As of the time of the filing of this declaration, my office has not received any contact from Plaintiff with regard to a stipulation or opposition to this extension.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: August 16, 1994

THOMAS R. HOGAN