1  Thomas R. Hogan, Esq., California State Bar No. 042048
   Denise T. Murphy, Esq., California State Bar No. 152289
2  LAW OFFICES OF THOMAS R. HOGAN
   60 South Market Street, Suite 1125
3  San Jose, CA  95113-2332
   Telephone:  (408) 292-7600
4

5  Attorneys for Defendant
   PUBLIC KEY PARTNERS
6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 ROGER SCHLAFLY,                )    No. C 94 20512 PVT
                                  )
12      Plaintiff,                )    NOTICE OF MOTION AND MOTION OF
                                  )    DEFENDANT PUBLIC KEY PARTNERS
13 v.                             )    TO DISMISS FOR FAILURE TO
                                  )    STATE A CLAIM OR, IN THE
14 PUBLIC KEY PARTNERS and        )    ALTERNATIVE, FOR A MORE
   RSA DATA SECURITY, INC.,       )    DEFINITE STATEMENT
15                                )    (FRCP RULE 12(b)(6) & 12(e))
        Defendants.               )
16 _____)    Date:  October 18, 1994
                                       Time:  10:00 a.m.
17

18      TO PLAINTIFF ROGER SCHLAFLY:

19      PLEASE TAKE NOTICE that on October 18, 1994, or as soon

20 thereafter as the matter may be heard in the above-entitled court,

21 located at 280 South First Street, San Jose, California, defendant

22 Public Key Partners will move the court to dismiss the action

23 pursuant to Federal Rules of Civil Procedure 12(b)(6) because

24 plaintiff's complaint fails to state a claim upon which relief can

25 be granted, or in the alternative for a more definite statement

26 pursuant to Federal Rules of Civil Procedure 12(e).

27

28
   MOTION TO DISMISS, OR FOR A
   MORE DEFINITE STATEMENT

1 | The motion will be based on this Notice of Motion, the
2 | Memorandum of Points and Authorities filed herewith, and the
3 | pleading and papers filed herein.
4 | Dated: September 6, 1994

_____
THOMAS R. HOGAN
DENISE T. MURPHY

Attorneys for Defendant
PUBLIC KEY PARTNERS