JAMES R. BUSSELLE (SBN 75980)
THOMAS E. MOORE III (SBN 115107)
MARY O'BYRNE, (SBN 121067)
**TOMLINSON, ZISKO, MOROSOLI & MASER**
200 Page Mill Road, Second Floor
Palo Alto, California  94306
Telephone:  (415) 325-8666

Specially Appearing as
Attorneys for Defendant
RSA Data Security, Inc.



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER SCHLAFLY, | CASE NO.: C 94 20512 SW (PVT) |
| Plaintiff, | DECLARATION OF THOMAS E. MOORE III IN SUPPORT OF MOTION TO DISMISS OR QUASH SERVICE OF PROCESS UNDER RULE 12(b)(5) |
| vs. | |
| PUBLIC KEY PARTNERS and RSA DATA SECURITY, INC., | |
| Defendants. | DATE: November 22, 1994<br>TIME: 10:00 a.m.<br>BEFORE: Hon. Patricia V. Trumbull |

I, Thomas E. Moore III, declare:

1.  I am an attorney duly licensed to practice law in the courts of the State of California and in this District.  I am an associate with the law firm of Tomlinson Zisko Morosoli & Maser, counsel of record for defendant RSA Data Security, Inc. ("RSA"). I have personal knowledge of each and every fact set forth below and could competently testify thereto if called as a witness at trial.

2.  Attached hereto as Exhibit A is a true and correct copy of plaintiff Roger Schlafly's "Motion for Default Judgment," the original of which we understand was filed with the Court.

DECL. OF MOORE IN SUPP.                    -1-
OF MOT. UNDER R. 12(b)(5)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 23, 1994 in Palo Alto, California.

                                        _____
                                        Thomas E. Moore III

TOMLINSON, ZISKO, MOROSOLI & MASER
ATTORNEYS AT LAW
200 PAGE MILL ROAD, SECOND FLOOR
PALO ALTO, CALIFORNIA 94306
(415) 325-8666

DECL. OF MOORE IN SUPP.                 -2-
OF MOT. UNDER R. 12(b)(5)

30454.1

A

1
2
3   Roger Schlafly, Pro Se
    PO Box 1680
    Soquel, CA  95073
4   telephone: (408) 476-3550
5
6
7
8
9   In the United States District Court
    for the Northern District of California
10  Civil Action File No. C-94-20512 SW PVT
11
12  ROGER SCHLAFLY, Plaintiff        }
                                     }
13     v.                            }
                                     }
14  PUBLIC KEY PARTNERS,             }  Motion for Default
                                     }     Judgment
15     and                           }
                                     }
16  RSA DATA SECURITY INC., Defendants. }
17
18
19
20
21
22
23
24
25
26
27
28



MOT FOR DEF JUDGMENT                                          page 1

Motion for Default Judgment against RSADSI

Plaintiff believes that service of Summons and Complaint for this action was proper, and has notified the RSA Data Security Inc. ("RSADSI") attorney Mary O'Byrne by telephone and in writing that he believes the service to be proper.

Defendant RSADSI has denied that service is proper, but has refused to give any argument.

A certificate of service was filed with the Court. Attached is a U.S. Express Mail receipt and a receipt proving delivery. The receipt shows that the summons and complaint was received by RSADSI. It is apparently signed by Kurt Stamberger, the RSADSI sales manager.

In the alternative, plaintiff argues that serving a summons to RSADSI is unnecessary, because RSADSI is a partner in PKP, and PKP is also a defendant in this case who has been properly served, and who has accepted service. Jim Bidzos is president and chief executive officer of both RSADSI and PKP. RSADSI owns 65% of PKP.

I tried to repeat the service in order to be sure it was valid, but the Court Clerk refuses to issue a new summons unless the original is returned, and tells me that my service to RSADSI was valid. I cannot return the summons because because RSADSI has it. Therefore I have no choice but to make

this motion.

RSADSI was required to answer the Complaint in August, but has not done so.

Therefore, Plaintiff asks the Court to enter a default judgment against RSADSI, and order them to pay $2 million, trebled to $6 million because of the antitrust and RICO laws. In the alternative, Plaintiff asks the Court to order RSADSI to accept service and to answer the Complaint promptly.

Dated: _____

By: _____
Plaintiff, Roger Schlafly, Pro Se

MOT FOR DEF JUDGMENT                                          page 3

## POST OFFICE TO ADDRESSEE — EXPRESS MAIL EMS

EF081488612US

CUSTOMER COPY

**(POSTAL USE ONLY)**

| | P.O. ZIP | Day of Delivery | ☐ Flat Rate Envelope |
|---|---|---|---|
| INTERNATIONAL ITEMS ONLY | | ☐ Next ☐ Second | Postage $ |
| Business Papers | Date In Mo. Day Yr. | ☐ 12 Noon ☐ 3 PM | Return Receipt |
| Merchandise | Time In ☐ AM ☐ PM | Military ☐ 2nd Day ☐ 3rd Day | C.O.D. |
| Customs forms and commercial invoice may be required. Pub 273 and International Mail Manual | Weight lbs oz | Int'l Alpha Country Code | Total Postage & Fees $ |
| | No Delivery ☐ Weekend ☐ Holiday | Acceptance Clerk Initials | $ |

SEE REVERSE SIDE FOR THE SERVICE GUARANTEE AND LIMITS ON THE INSURANCE COVERAGE

**CUSTOMER USE ONLY**

METHOD OF PAYMENT:
- Express Mail Corporate Acct. No.
- Federal Agency Acct. No. or
- Postal Service Acct. No.

☐ WAIVER OF SIGNATURE (Domestic Only) I wish delivery to be made without obtaining the signature of the addressee or the addressee's agent (if in the judgment of the delivery employee, the article can be left in a secure location) and I authorize the delivery employee to sign that the shipment was delivered and I understand that the signature of the delivery employee will constitute valid proof of delivery.
NO DELIVERY ☐ WEEKEND ☐ HOLIDAY    Customer Signature

FROM:
Roger SCHLAFLY
...  1470
... CA 95073

TO:
JIM BIDZOS
RSA D...
100 M...
... CA ...

-B 5/93

**For Pickup or Tracking Call 1-800-222-1811**

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, and 4a & b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:
Jim Bidzo
RSA Data
100 Marine Pkwy
Redwood City CA 94065

4a. Article Number
EF081488612US

4b. Service Type
☐ Registered  ☐ Insured
☐ Certified   ☐ COD
☒ Express Mail  ☐ Return Receipt for Merchandise

7. Date of Delivery
9-28-92

5. Signature (Addressee)
[signature]

6. Signature (Agent)

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, December 1991   ☆U.S. GPO: 1993-352-714   DOMESTIC RETURN RECEIPT

## CERTIFICATE OF SERVICE

Schlafly v. Public Key Partners and RSA Data Security Inc.
Case No. C-94-20512-SW, (PVT).
Filed on July 27, 1994, San Jose, Calif.

The undersigned hereby certifies that he caused a copy of:

Opposition to Motion to Dismiss
Motion for Default Judgment against RSADSI

to be served this date by First Class Mail upon the persons at the place and address stated below which is the last known address:

Thomas R. Hogan
60 S Market St Ste 1125
San Jose, CA 95113

Mary O'Byrne
Tomlinson et al
200 Page Mill Rd
Palo Alto, CA 94306

Jim Bidzos
RSA Data Security Inc.
100 Marine Parkway
Redwood City, CA 94065

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed in Soquel, Calif. at the date below.


Dated: _____


By: _____

Plaintiff, Roger Schlafly, Pro Se