UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

FILED FEB 8 1995
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Date: 2/7/95

Case No. C-94-20512-SW   Judge: Hon. Spencer Williams

Title  Schlafly  vs.  Public

Attorneys Present: Roger Schlafly - IPP

Present: Thomas Moore for RSA
Thomas R. Hogan for Public

Deputy Clerk  John B. Pomeroy   PROCEEDINGS   Reporter/ERO: Diane Skillman #415-552-5393

| PLTF | DEFT | |
|---|---|---|
| ( ) | (X) A | 1  RSA & PKP motions to dismiss the Amended complaint |
| ( ) | ( ) | 2 |
| ( ) | ( ) | 3 |
| ( ) | ( ) | 4 |

(X) Motions(s):  ( ) Granted  ( ) Denied  ( ) Withdrawn  ( ) Off Calendar
               (X) Granted in part, Denied in part

(X) Order to be prepared by  ( ) PLTF  ( ) DEFT  (X) COURT

Case Continued to _____ for P/T Conf.
Case Continued to _____ for Trial.
Case Continued to _____ for Further Status.
Case Continued to _____ for Dismissal Calendar.

ORDERED AFTER HEARING:

_____
_____
_____

( ) SUBMITTED   ( ) BRIEFS TO BE FILED

Briefing Schedule:  Opening _____   Answer _____
                    Reply _____     Deemed Submitted on _____

Form CRD-1  12/82