```
Thomas R. Hogan, Esq., California State Bar No. 042048
John P. Shinn, Esq., California State Bar No. 175598
LAW OFFICES OF THOMAS R. HOGAN
60 South Market Street, Suite 1125
San Jose, CA  95113-2332
Telephone:  (408) 292-7600


Attorneys for Defendant
PUBLIC KEY PARTNERS
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER SCHLAFLY, | No. CV 94 20512 SW |
| Plaintiff, | DECLARATION OF JOHN P. SHINN IN SUPPORT OF MOTION FOR PROTECTIVE ORDER |
| v. | |
| PUBLIC KEY PARTNERS and RSA DATA SECURITY, INC., | Date:  June 6, 1995<br>Time:  11:00 a.m.<br>Magis. Patricia V. Trumbull |
| Defendants. | |

I, John P. Shinn, declare:

1.  I am an attorney duly licensed to practice before all courts in the State of California, and I am an associate with the Law Offices of Thomas R. Hogan, attorneys of record for defendant Public Key Partners.  I make this declaration based upon personal knowledge, information and belief, and I am competent to testify to the matters herein if called as a witness.

2.  Shortly after beginning work on this matter, I took the opportunity to review the Internet for information regarding Public Key Cryptography and the group known as Cypherpunks.

DEC. OF JOHN P. SHINN IN
SUPPORT OF PROTECTIVE ORDER

1  3.  In the process of doing this research, I discovered what is commonly known as an "ftp site," dedicated to the group known as Cypherpunks.  This "ftp site" can be located using the protocal address that follows:  ftp.csua.berkeley.edu/pub/cypherpunks/lawsuits/Cylink-v-RSADSI.

4.  This "ftp site" contains a folder dedicated to the present lawsuit.  It contains all the pleadings and exhibits in this case, as well as a note of appreciation to Simson Garfinkel for his help in uploading the information contained therein.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 25 day of May, 1995, at San Jose, California.

_____
JOHN P. SHINN

DEC. OF JOHN P. SHINN IN
SUPPORT OF PROTECTIVE ORDER                 2