CIVIL MINUTE ORDER

MAGISTRATE JUDGE PATRICIA V. TRUMBULL

Date 7/12/95

FILED
JUL 12 1995
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

ERO _Sarkis Tape 083-95_     Clerk _Lori Quibodeau_

Case No. _C94-20512 SW_     Case Title _Schlafly v. Public Key_

**Appearances for Plaintiff(s)**
Dr. Roger Schlafly

**Appearances for Defendant(s)**
Thomas Hogan
Thomas Moore (for RSA)

## PROCEEDINGS

Pretrial Conferences:  [ ] Initial     [ ] Status     [ ] Discovery
                       [ ] Settlement  [ ] Final
                       [X] Other _Evidentiary Hearing held_

## MOTIONS

| Pltf. | Deft. |    |                              | check if case dispositive |
|-------|-------|----|------------------------------|---------------------------|
| [ ]   | [ ]   | 1. |                              | [ ]                       |
| [ ]   | [ ]   | 2. |                              | [ ]                       |
| [ ]   | [ ]   | 3. |                              | [ ]                       |
| [ ]   | [ ]   | 4. |                              | [ ]                       |

## DISPOSITION

[ ] Granted           [ ] Submitted                [ ] Settled
[ ] Denied            [ ] Briefs to be filed       [ ] Not Settled
                         (See schedule)
[ ] Granted in part, denied in part                [ ] Off Calendar

Briefing Schedule:   Opening _____       Answer _____
                     Reply _____
[ ] Continued to _____ for _____

## ORDER TO BE PREPARED BY

[ ] Plaintiff     [ ] Defendant     [ ] Court     [ ] Court w/opinion

NOTES: _See Exhibit and Witness List in Court file for more info._