FILED
SEP 18 1995
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROGER SCHLAFLY,<br><br>    Plaintiff,<br><br>    v.<br><br>PUBLIC KEY PARTNERS, and<br>RSA DATA SECURITY, INC.,<br><br>    Defendants. | Case No.: C-94-20512 SW PVT<br><br>ORDER FOLLOWING DISCOVERY<br>CONFERENCE |

On September 12, 1995, two expedited discovery motions came on for hearing: (1) plaintiff's motion to take written and oral depositions; and (2) defendant's motion to compel plaintiff to answer certain deposition questions. Roger Schlafly appeared pro se. Tom Hogan and Tom Moore appeared for defendants.

**1. Plaintiff's Motion Re Depositions**

Mr. Schlafly requested that he be allowed to depose third party inventors in the format of written deposition questions followed by oral depositions if he believed them necessary. Defendants objected that Mr. Schlafly must elect one format or the other.

Good cause appearing therefore, IT IS HEREBY ORDERED that plaintiff's motion is DENIED. Mr. Schlafly does not have an

automatic right to take depositions both in writing and orally. Mr. Schlafly may elect to take either written or oral depositions. If Mr. Schlafly takes written depositions and believes that follow up oral depositions are necessary, he may seek a stipulation from the defendants or seek leave of court.

### 2. Defendant's Motion to Compel

During Mr. Schlafly's deposition, Mr. Hogan (representing PKP) asked whether Mr. Schlafly had consulted an attorney regarding interpretation of a particular document. When Mr. Schlafly asserted attorney client privilege, the defendant requested Mr. Schlafly be compelled to respond.

Good cause appearing therefore, IT IS HEREBY ORDERED that defendant's motion is DENIED. Mr. Hogan may ask whether Mr. Schlafly has consulted an attorney and if so, whether they discussed the document at issue. However, whether Mr. Schlafly discussed a "specific interpretation" of the document with an attorney is subject to the protection of the privilege.

Dated: 9-12-95

PATRICIA V. TRUMBULL
United States Magistrate Judge

1  copies mailed on 9/19/95 to:

2

3  Mr. Roger Schlafly
   P.O. Box 1680
   Soquel, Ca. 95073

4

5  Thomas Hogan, Esq.
   60 S. Market Street, Suite 1125
   San Jose, Ca. 95113

6

7  Thomas Moore, Esq.
   Tomlinson, et al.
   200 Page Mill Road

8  Palo Alto, Ca. 94306

9

10

11  *Lorraine Quibodeaux*
    LORRAINE QUIBODEAUX
    Deputy Clerk

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28