**ORIGINAL**

JAMES R. BUSSELLE (SBN 75980)
THOMAS E. MOORE III (SBN 115107)
MARY O'BYRNE, (SBN 121067)
**TOMLINSON, ZISKO, MOROSOLI & MASER**
200 Page Mill Road, Second Floor
Palo Alto, California  94306
Telephone:  (415) 325-8666

Attorneys for Defendant
RSA Data Security, Inc.

FILED
Nov 15  3 31 PM '95
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA  S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER SCHLAFLY,<br><br>           Plaintiff,<br><br>vs.<br><br>PUBLIC KEY PARTNERS and RSA DATA SECURITY, INC.,<br><br>           Defendants. | CASE NO.: C 94 20512 SW (PVT)<br><br>DECLARATION OF CLAUS P. SCHNORR IN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>DATE:  December 6, 1995<br>TIME:  10:00 a.m.<br>BEFORE: Hon. Spencer Williams |

I, Claus P. Schnorr, declare:

1. I am one of the inventors of U.S. Patent No. 4,995,082, "Method for identifying Subscribers and for Generating and Verifying Electronic Signatures in a Data Exchange System." I have personal knowledge of each and every fact set forth below and can competently testify thereto.

2. I applied for a U.S. patent on my invention on or about February 23, 1990.  The U.S. patent was issued as U.S. Patent No. 4,995,082, on February 19, 1991.

3. Claim 5 of my patent describes a general method for preprocessing signatures that are based on a discrete logarithm.

1  After my patent was issued, Peter de Rooij found weaknesses in
2  two specific instances of the general method described in Claim
3  5. These specific weaknesses do not apply to the general method
4  described in the patent. However, the general method must be
5  applied with some care to preserve the security of the digital
6  signatures.

7      4. After de Rooij published his work, my students and I
8  further developed the general method described in Claim 5. We
9  have examples of the general method which are efficent and
10 provably secure. Some of these methods are described in the
11 master's thesis of my student Johannes Merkle, "On Schnorr's
12 Preprocessing Method," which was published in 1994.

13     5. The other features of my invention are independent of
14 the preprocessing method described in Claim 5. In particular,
15 the digital signature generation method described in Claim 6 can
16 well be used without the particular preprocessing method of Claim
17 5. Therefore, the validity of the other claims is not related to
18 the utility of Claim 5.

19     I declare under penalty of perjury under the laws of the
20 United States of America that the foregoing is true and correct.
21 Executed on November 14, 1995 at Frankfurt, Germany.

_C. P. Schnorr_
Claus P. Schnorr

TOMLINSON, ZISKO, MOROSOLI & MASER
ATTORNEYS AT LAW
200 PAGE MILL ROAD, SECOND FLOOR
PALO ALTO, CALIFORNIA 94306
(415) 325-8666