UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

& consolidated case C-96-20094-SW, RSA v. Cylink

Date: FEB 29 1996

Case No. C-94-20512-SW    Judge: Hon. Spencer Williams

Title ~~RSA~~ Schlafly vs. Public Key Partners

Attorneys Present: Robert Haslam for RSA; Roger Schlafly - IPP

Present: Patrick Flinn for Caro-Kann; Thomas R. Hogan for PKP

Deputy Clerk: John B. Pomeroy    PROCEEDINGS    Reporter: Brynn Dockstader
408-283-0451

| PLTF | DEFT | |
|---|---|---|
| ( ) | (X) | 1. Caro-Kann's motion for Preliminary Injunction |
| (X) | ( ) | 2. RSA's motion for Summary Judgment |
| ( ) | (X) | 3. Caro-Kann's counter-motion for Summary Judgment |
| ( ) | ( ) | 4. ~~Caro-Kann's~~ |

(X) Motions(s): ( ) Granted  (X) #1 Denied  ( ) Withdrawn  ( ) Off Calendar
              ( ) Granted in part, Denied in part

( ) Order to be prepared by ( ) PLTF ( ) DEFT ( /) Court

FILED FEB 29 1996
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Continued to _____ for P/T Conf.
Case Continued to _____ for Trial.
Case Continued to _____ for Further Status.
Case Continued to _____ for Dismissal Calendar.

ORDERED AFTER HEARING:
Cylink et al's motion for S/J on Licensee Estoppel continued to 4/9/96 at 10 a.m.

#2 & 3
(X) SUBMITTED  ( ) BRIEFS TO BE FILED

Briefing Schedule: Opening _____ Answer _____
                   Reply _____ Deemed Submitted on _____

✓ Form CRD-1  12/82