Roger Schlafly, Pro Se
PO Box 1680
Soquel, CA  95073
telephone: (408) 476-3550

FILED
FEB 22  1 59 PM '96
RICHARD W. WIEKING
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

ORIGINAL
FILED
FEB 22 1996
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

In the United States District Court
for the Northern District of California

ROGER SCHLAFLY, Plaintiff      ) Case C-94-20512 SW PVT
                               )
 v.                            ) Schlafly Declaration 4
                               )
PUBLIC KEY PARTNERS, and       )
                               )
RSA DATA SECURITY INC., Defendants. ) Feb. 29, 1996

Declaration on patent issues

I, Roger Schlafly, declare:

1. I am the Plaintiff in this case.

2. I have personal knowledge of each and every fact set forth below and can competently testify thereto.

3. I was a graduate student at the University of California at Berkeley in the late 1970s, and was familiar with academic practices.

4. I have knowledge and expertise in the area of cryptography.

5. I commonly asked professors for preprints or reprints of articles they had written.  They were always happy to comply.  Preprints were

passed around promptly and freely, and without confidentiality restrictions.

6. The Diffie-Hellman invention is clever, and subtle, but also striking in its simplicity. A few sentences would suffice to enable a cryptographer in 1976 to practice the invention.

7. The general knapsack problem was (and still is) thought to be computationally infeasible. However, the trapdoor knapsacks devised by Hellman-Merkle are special versions of the general knapsack, and have been shown to be feasible to break, and hence insecure.

8. For a cryptosystem to be useful, it has to be secure the great majority of the time.

9. A cryptosystem which can be cracked a significant percentage of the time is not useful.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on Feb. 22, 1996 in Soquel, California.

Dated: _Feb 22, 1996_

By: _[signature]_

Roger Schlafly

```
 1                  CERTIFICATE OF SERVICE
                    =======================
 2
     Schlafly v. Public Key Partners and RSA Data Security Inc.
 3   Case No. C-94-20512-SW, (PVT).
     Filed on July 27, 1994, San Jose, Calif.
 4
     The undersigned hereby certifies that he caused a copy of:
 5
            Brief Regarding Stanford Patent Validity
 6          Schlafly Declaration 4
            Notice of Pendency of Other Action
 7
     to be served this date by First Class Mail upon the
 8
     persons at the place and address stated below which is
 9
     the last known address:
10
            Thomas R. Hogan
11          60 S Market St Ste 1125
            San Jose, CA 95113
12
            Thomas E. Moore
13          Tomlinson et al
            200 Page Mill Rd
14          Palo Alto, CA 94306

15          Jana G. Gold
            Morrison et al
16          755 Page Mill Rd
            Palo Alto, CA 94304
17
            Robert D. Fram
18          Heller et al
            525 University Ave
19          Palo Alto, CA 94301

20
     and to be emailed to Patrick Flinn at pflinn@alston.com.
21
     I declare under penalty of perjury under the laws of the State
22
     of California that the foregoing is true and correct.
23
     Executed in Soquel, Calif. at the date below.
24
25   Dated:  Feb 22, 1996

26
     By:  _____
27
     Plaintiff, Roger Schlafly, Pro Se
28
```