
Printed on Recycled Paper
20% Post Consumer Waste







**FOR IMMEDIATE RELEASE**

# OpenConnect Systems Announces the Industry's

# First Secure Encrypted Java

**DALLAS--June 10, 1996**--OpenConnect Systems, Inc. has announced the availability of a new secure version (1.2.2 Beta) of its award-winning OC://WebConnect [tm] Web 3270 Server for Java [tm] . A first in the industry, this evaluation version of OC://WebConnect makes encryption-secure Java data stream exchanges between a Java-capable web browser on the desktop and an enterprise web server, via the public Internet or private Intranets a reality. This breakthrough means that corporate legacy data can now be securely accessed by properly authorized users no matter where they are in the world, using a Java-capable web browser.

In making the announcement, OpenConnect President and CEO Stephen J. Clark said, "We've implemented the widely accepted, robust offerings of RSA Data Security, a well-respected industry standard for secure data transfer, into our latest release. Java, of course, has numerous built-in security functions, and that capability combined with proven RSA technology makes this a perfect solution for extending the availability of mission-critical enterprise information. This new version of OC://WebConnect implements Diffie-Hellman Public Key Exchange for convenient, secure, encryption-key management and uses industry standard data encryption algorithms, allowing the highest commercially available security safeguards. This removes the barrier for wider deployment of Internet technologies within enterprise Intranets or over the public Internet."

Establishing the necessary key management infrastructure is a major and costly task in deploying secure encrypted solutions. OC://WebConnect enables rapid deployment of its encrypted solution to thousands of users without this infrastructure and associated costs.

OC://WebConnect establishes the private, symmetric encryption key necessary at both the web server and Java applet using the patented Diffie-Hellman Public Key Exchange for each connection. The encryption key is valid for only one connection and then discarded. A new key is derived for each subsequent session. With the OpenConnect solution no encryption keys are entered by the user; no disks containing key information are inserted, and no third-party security server must be installed and maintained. As a standard feature of OC://WebConnect, users save in the cost of acquisition and in the cost of ownership, and the implementation provided within OC://WebConnect ensures that companies can provide the highest levels of security immediately.

RSA Data Security, Inc. President, Jim Bidzos said, "We are extremely pleased for our technology to be an integral part of OpenConnect's leading-edge products. This bold implementation takes maximum advantage of RSA Data Security, Inc. offerings and is an industry first for integration with Java. The issue of secure access to enterprise information is foremost in the minds of most organizations' managers, and OC://WebConnect's innovative architecture, coupled with RSA's underlying

authentication and encryption technology makes it possible."

RSA Data Security, Inc. is considered the industry standard for providing secure mechanisms for transmitting sensitive data over the Internet. Through a technology licensing agreement, OpenConnect has extended RSA's encryption technology to Java applets, allowing automatic and transparent exchange functions to encrypt data flows between end users and the OC://WebConnect server. As with the initial version of OC://WebConnect, users need only have a Java-capable browser in order to access host system information. OpenConnect's Development Manager for Internet Products, Adam Allard stated, "This implementation is based on our porting of RSA's B-Safe Library into Java. By porting RSA encryption code into Java classes, numerous security applications in Java are possible, including a wide range of cross-platform functionality."

Bruce Robertson, program director for the META Group's Global Networking Strategies Service, said, "The requirement for secure data communication rises rapidly with the size and strategic importance of legacy system information that must be shared. Organizations are understandably reluctant to use the power of the Internet until they know it is safe, and the new implementation of OC://WebConnect looks like a viable response to the Internet information security problem." The lack of Internet security for data transmission has long been a concern of enterprise managers. Current OC://WebConnect users believe this new release provides what is needed to protect corporate assets. Miles Rice, application program analyst for Penn State University's Financial Information Systems, said, "This secure Java approach will certainly help me sleep better at night. We work with very sensitive financial data and can't afford slip ups that might occur in an unsecured environment." First Union National Bank's Columbus Cooper, said, "With this enhancement, we will certainly be able to provide our customers even wider access to our banking services."

OC://WebConnect's newest evaluation release includes all the functionality of the first OC://WebConnect release, now generally available as OC://WebConnect Gold (V2.1), this includes 3270, 5250 and user-configurable keyboard mapping. Additionally, the evaluation version now contains RSA security, VT220 subset emulation, support for RUI connection to Microsoft SNA Server and numerous administration tools for "browser-powered" server administration and configuration.

OC://WebConnect was selected as the NetWorld+Interop '96 Best of Show product in the Internet category. IDC Analyst Elisabeth Rainge believes the market is ready for this type of product. Rainge said, "The 3270-WWW gateway meets the requirements of new market opportunities, such as the use of Intranets and the Internet for interbusiness communications." The OC://WebConnect server software converts standard host data flows into Java data flows (and vice versa), permitting multi-session, "persistent" connection access to existing business application. The latest OC://WebConnect evaluation release is available for immediate download by connecting to OpenConnect's home page at http://www.oc.com.

More than 1,000 organizations worldwide have accessed and evaluated OC://WebConnect via the World Wide Web since its initial availability more than a month ago. The general availability Gold release V2.1, can be licensed now and pricing includes future release enhancements and upgrades, such as the security encryption features currently in the evaluation version. Pricing ranges from $49 to $319 per session, based on the number of concurrent users.

Dallas, Texas-based OpenConnect Systems, Incorporated supplies companies worldwide with innovative information technology solutions. With more than 2,500 systems installed in 60 countries, including 40 of the U.S. Fortune 50 companies, OpenConnect Systems is a leading provider of connectivity, interoperability and internetworking products and services.

--30--

CONTACT:
OpenConnect Systems, Inc.
George W. Macintyre,
214/484-5200

Case 5:94-cv-20512-SW   Document 162-5   Filed 07/31/96   Page 4 of 28

*gmac@oc.com*
*or*
**MarkeTech Associates**
*Brian L. Moran,*
*214/960-0551*
*mtabrian@aol.com.*

---

| **Press Releases** |
| **What's New?** | **What's Old?** | **Download FREE Publications & Software** |
| **RSA & Partner Products** | **RSA Labs** |
| **FAQ on Cryptography** | **FTP Server** | **About ...** |
| **Contact Sales** | **Contact Technical Support** |

---

### Contact RSA Data Security, Inc.:

*100 Marine Parkway, Suite 500*
*Redwood City, CA 94065-1031*
*phone: 415-595-8782*
*fax: 415-595-1873*
*Website: http://www.rsa.com/*

---

Website feedback or comments can be sent to : WEBMAVEN@RSA.COM

Copyright ©1996, RSA Data Security, Inc. All Rights Reserved.
Last Updated: Tuesday, June 11, 1996

The cryptography "gold standard" of professional developers worldwide

# BSAFE™ 3.0  RSA's comprehensive cryptography engine for software developers

## Introducing BSAFE 3.0

BSAFE 3.0 is the newest release of the world's most popular cryptography toolkit. Fully compatible with keys and data from previous versions, BSAFE 3.0 is a portable C programmer's toolkit that allows developers to integrate state-of-the-art privacy and authentication features into virtually any application. BSAFE 3.0 provides the programmer with a complete palette of the most popular and trusted cryptographic algorithms, including Triple-DES, RC5, and of course the patented RSA Public Key Cryptosystem,™ the worldwide standard for Internet security. New in BSAFE 3.0 is support for the DSA and SHA1 U.S. government signature and hashing algorithms.

## Easy, Full-Featured Development Environment

BSAFE 3.0 can dramatically reduce the cost associated with development of secure applications by giving developers a big head start. With BSAFE, any programmer can develop secure applications — without a background in cryptography, mathematics or number theory. Best of all, by using the toolkit from the most trusted and experienced company in the cryptography business, you won't be troubled by embarrassing and costly software recalls that often result from failed "homegrown" security techniques. BSAFE features an object-oriented API utilizing data abstraction, providing for more efficient development. BSAFE 3.0 is also re-entrant, so it can be shared by many applications at once — a necessity in today's advanced multi-tasking operating environments. Long, computationally-intensive cryptographic operations are interruptible or even cancelable, and there are a variety of platform-specific optimizations available.

## Algorithms: Flexibility and Performance

BSAFE 3.0 includes routines for the patented RSA and Diffie-Hellman public-key techniques; the DSA government signature algorithm; the popular DES, Triple-DES and DESX secret-key ciphers; the exportable RC2 and RC4 variable key size ciphers; the high-performance RC5 symmetric block cipher; Bloom-Shamir secret sharing and key escrow; the MD2, MD5 and SHA1 hashing algorithms; and improved routines for pseudorandom number generation. And you'll be able to use these algorithms at unprecedented levels of performance — algorithms that function up to 5 times faster than previous versions of BSAFE. That means with BSAFE you'll be able to implement high-bandwidth crypto applications, like secure video, totally in software — without resorting to expensive special-purpose crypto hardware.

## What about Standards?

BSAFE is the world's best-selling crypto toolkit, so naturally it can support virtually any global security standard — in fact, many standards were written around the BSAFE toolkit! That means you can talk securely to just about anybody, whether they're speaking SSL, S/HTTP, SEPP, STT, S/MIME, S/WAN, IPSec or PCT. And of course, BSAFE fully supports PKCS, (the Public Key Cryptography Standards) the internationally-recognized public-key interoperability specifications.

## Ready for the Future

BSAFE 3.0 was designed to be modular, so you can link in only the algorithms you need. It's also extensible, so you can insert new algorithms in the future — no matter where technology or government specifications take you. BSAFE also supports multiple key and data representations including previous BSAFE 1.x formats, BSAFE 2.x formats and ASN.1 BER (Basic Encoding Rules). Consequently, development is faster and applications built with BSAFE 3.0 enjoy better "forward compatibility" with future encryption techniques and standards.

## Unbeatable References

Some of the world's most talented development teams chose RSA's BSAFE toolkit to provide the cryptography built into all of these best-selling applications:

**Novell Netware™**
*secure network operating system*

**Netscape Navigator™ Browsers & Electronic Commerce Servers**
*secure Internet browsers and servers*

**Lotus Notes™**
*secure workgroup software*

**Digital Internet Tunnel™**
*secure VPN via the Internet*

**Oracle SQL•Net™**
*secure client/server database*

**Microsoft Windows 95™**
*operating system security*

...and many, many more. Your application can be on this list, too. With BSAFE, your developers can bring the security benefits of professional cryptography into any application you wish to build — quickly, easily and inexpensively.

G E N U I N E
**RSA™**
E N C R Y P T I O N   E N G I N E

BSAFE, RSA Public Key Cryptosystem, RC2, RC4, RC5, MD, MD2, MD5, RSA Secure and TIPEM are trademarks of RSA Data Security, Inc. All other company names and products are trademarks of their respective companies.

# BSAFE 3.0 Specifications

## Features

- General purpose, low-level cryptography engine
- Backwards-compatible with BSAFE 1.x and BSAFE 2.x keys and data
- Supports the Public Key Cryptography Standards (PKCS)
- Suitable for real-time encryption/authentication applications
- Supports the following cryptographic techniques:
  - RSA Public Key Cryptosystem
  - RSA Digital Signatures
  - Diffie-Hellman Key Agreement
  - Digital Signature Algorithm (DSA/DSS)
  - Data Encryption Standard (DES)
  - Triple-DES
  - Extended Data Encryption Standard (DESX)
  - RC2 Variable-Key Size Symmetric Block Cipher
  - RC4 Variable-Key Size Symmetric Stream Cipher
  - RC5 Variable-Key Size Symmetric Stream Cipher
  - MD Hashing Algorithm
  - MD2 Hashing Algorithm
  - MD5 Hashing Algorithm
  - SHA1 Hashing Algorithm
- Supports user-definable key sizes up to 2048 bits
- Modular and extensible algorithm framework can easily accommodate new algorithms and standards as needed
- Object-oriented, portable C API
- Re-entrant, interruptible and cancelable cryptographic operations
- Hardware-specific algorithm optimizations available
- Support for multiple key and data representations including ASN.1 BER

## Potential BSAFE 3.0 Applications

- Secure Internet Browsers and Servers
- Encrypted Electronic Mail
- Secure Electronic Commerce
- Client/Server Security
- Encryption of Local & Archived Files
- Network User and Service Authentication
- Kerberos Enhancement and Extension
- Secure Software Distribution (CD-ROM)
- Broadcast Encryption
- Voice and Video Encryption
- Digitally Signed Electronic Forms & Workflow
- Encrypted Database and other Client/Server Applications
- Intellectual Property Protection
- Virus Detection
- Secure Remote Access and TCP/IP

## System Requirements

| | |
|---|---|
| Platforms: | DOS, Windows, Windows 95, Windows NT, OS/2, Macintosh, AT&T SVR4 UNIX (Intel), HP/UX, SunOS, Solaris, IBM AIX, NeXT, Silicon Graphics, SCO UNIX, Alpha VMS, VAX VMS, ports to other platforms available. |
| Memory: | 5-20K per algorithm used, application dependent |

## Related RSA Product Offerings

End-users requiring an application that provides integrated encryption and emergency access capabilities for file and document security should examine RSA Secure, RSA's award-winning file system security extension.

Developers needing to integrate security into store-and-forward based messaging applications like e-mail, e-forms, EDI or electronic commerce should consider TIPEM, RSA's standards-based Toolkit for Interoperable Privacy-Enhanced Messaging.

## Developer & Runtime Pricing

See the latest RSA Price Sheet for individual, 5-user and 10-user developer object-code pricing, and quantity runtime distribution pricing.

## RSA Licensing

BSAFE 3.0 object or source code can be inexpensively licensed from RSA for inclusion in an application that you intend to market. Royalties and license terms depend on your application type. Contact your RSA representative for a copy of our standard license agreement and a quote.

## Contacting RSA



RSA Data Security, Inc.
100 Marine Pkwy Ste. 500
Redwood City, CA 94065
Phone: 415-595-8782
Facsimile: 415-595-1873
info@rsa.com
http://www.rsa.com/

RSA products contain proprietary, confidential, and/or trade secret RSA encryption algorithms and subroutines. Applications developed with RSA products, if distributed or sold, are subject to additional licensing. Source code licensing is also available. Contact RSA for details.

Copyright © 1996 RSA Data Security, Inc. All rights reserved. The RSA Public Key Cryptosystem is protected under U.S. Patent # 4,405,829.


Printed on Recycled Paper
20% Post Consumer Waste

*10*



**Weber & Volzing, Inc.**
*Certified Shorthand Reporters*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROGER SCHLAFLY,

      Plaintiff,

vs.

PUBLIC KEY PARTNERS
and RSA DATA
SECURITY, INC.,

      Defendants.

No. CV 94 20512 SW  (PVT)

CERTIFIED COPY

DEPOSITION OF WHITFIELD DIFFIE

Date:      Monday, October 23, 1995

Time:      10:00 a.m.

Location:    Law Offices of Thomas R. Hogan
           60 South Market Street, Suite 1125
           San Jose, California  95113

```
 1    A      I was in very regular communication with
 2   Hellman.  Merkle was at that time at -- at Berkeley
 3   and I talked to him intermittently.
 4              MR. SCHLAFLY:  Okay.  I'll give you
 5   another document, Exhibit CH.
 6              (Whereupon, Plaintiff's Exhibit CH was
 7   marked for identification.)
 8              Q BY MR. SCHLAFLY:  Do you recognize that
 9   document?
10   A      Yes.
11   Q      Did you write the document?
12   A      I wrote it jointly with Marty Hellman, yes.
13   Q      And what is that document?
14   A      It's a paper called "Multiuser Cryptographic
15   Techniques" that was given at the National Computer
16   Conference in 1976.
17   Q      Do you know what month that conference was in?
18   A      It was -- began the 7th of June and I think it
19   ran three days.
20   Q      And you presented this paper at that conference?
21              MR. FLINN:  Objection.  Asked and
22   answered.  You can read it back.  It's there.
23              MR. SCHLAFLY:  I think he said the paper
24   was presented, but I don't think that he said he
25   presented it.
26              THE WITNESS:  I presented it.
```

1    A    Yes.

2    Q    -- or afterwards?

3    A    Yes, previous to the conference.

4    Q    Did copies go to other people?

5    A    I assume so.

6    Q    And who would have handled that?

7    A    Marty.

8    Q    And Marty refers to Martin Hellman?

9    A    Martin Hellman.

10   Q    Who was a Stanford professor at that time?

11   A    I assume he was either assistant or associate

12   professor at that time.  I don't --

13   Q    But he was on the Stanford faculty?

14   A    That's correct.

15   Q    Do you know who actually typed this paper,

16   Exhibit CH?

17   A    I typed Exhibit CH.  The conference typeset the

18   final result.

19   Q    And any copies of Exhibit CH that might have

20   been distributed would have been by Hellman or

21   Stanford; is that correct?

22              MR. FLINN:  Objection.  Calls for

23   speculation, lacks foundation.

24              Q BY MR. SCHLAFLY:  Did you personally

25   distribute copies of Exhibit CH?

26   A    I don't remember distributing any.  That's

1   false. I must amplify. I personally gave one to a

2   guy named Blatman, Peter Blatman. B-L-A-T-M-A-N, I

3   believe. I think it has only one T.

4   Q      Who is Mr. Blatman?

5   A      He was a graduate student at the University of

6   California at Berkeley. He is the person through

7   whom I met Ralph Merkle. And he was introduced to me

8   by Lance Hoffman. He was a faculty member at

9   Berkeley.

10  Q      Did you mail a copy to him?

11  A      I probably handed it to him in person.

12  Q      Where did you see him?

13  A      I saw him frequently at that time. I don't

14  remember the occasion of giving him the copy, but it

15  could have been at dinner or it could have been in

16  conjunction to driving back and forth to Stanford.

17  He attended a seminar that Marty and I ran on

18  cryptography.

19  Q      His driving back and forth to Stanford?

20  A      I drove him. I had a car.

21  Q      Oh. Where were you living at the time?

22  A      Berkeley.

23  Q      Oh. You lived in Berkeley and worked at

24  Stanford at that time?

25  A      That's right.

26          MR. SCHLAFLY: I see. Okay. I'd like to

1          MR. SCHLAFLY:  Let's go back on the

2     record.

3          MR. FLINN:  My copy of Exhibit CA that

4     was furnished to me as part of the plaintiff's

5     summary judgment papers does not contain the title

6     page and abstract that is in the copy being shown to

7     the witness.  And I don't know whether other people's

8     copies have that or not, but the record should

9     reflect that the actual exhibit does have the cover

10    page.

11         MR. SCHLAFLY:  Okay.  I don't understand

12    that.  Mr. Moore, does your copy of Exhibit CA have

13    the title page and abstract?

14         MR. MOORE:  We are getting used to asking

15    questions.  Yes, my copy does appear to have the

16    cover page.

17         MR. FLINN:  I hope the court's copy had a

18    cover page, that's all.

19         MR. SCHLAFLY:  I hope so.  But thanks for

20    pointing that out.  I better check on that.

21         Q BY MR. SCHLAFLY:  Okay.  Mr. Diffie,

22    did you write this document?

23    A     Yes.

24    Q     First of all, do you recognize this document?

25    A     I recognize it.  I wrote it jointly with Marty

26    Hellman.

Deposition of Whitfield D    ie

1    Q      And what is it?

2    A      It's a paper called "New Directions in

3    Cryptography" that appeared in November, 1976 in the

4    IEEE Transactions on Information Theory.

5    Q      Is this the paper that was submitted on or

6    about June 3rd, 1976, as referenced in Exhibit U?

7    A      Yes, it is.

8    Q      And what date is on this paper?

9    A      August, 1976.

10   Q      Did you distribute copies of this paper to

11   anyone?

12   A      I don't recall doing so.

13   Q      Do you know if anyone distributed copies of

14   this paper?

15   A      No, I don't know.

16   Q      Can you explain why it is dated August, 1976,

17   if it was submitted in June, 1976?

18   A      I assume this version represents the

19   corrections, the result of correcting the galleys.  I

20   think it was edited to incorporate any changes made

21   by the editors of the journal.

22   Q      Were there other versions?

23   A      I assume there was a version of June 3rd, 1976

24   or whatever that date was that was sent to the

25   journal.  This one bears the designation it will

26   appear and therefore was produced later, after --

Deposition of Whitfield D.....ie

```
 1   apparently after the commitment to publication was
 2   made by the journal.
 3   Q     Did you circulate any version of this paper
 4   before publication in the journal?
 5   A     I do not remember doing so.
 6   Q     Do you know of any versions being circulated?
 7   A     No.  I do not know of any versions being
 8   circulated.
 9   Q     Does that come as a surprise to you that I am
10   showing you this copy?
11   A     No.
12   Q     Why?
13              MR. FLINN:  That's an entirely improper
14   question.  The witness' emotional reaction or lack
15   thereof to what documents you put in front of him is
16   none of your business.
17              Q BY MR. SCHLAFLY:  Okay.  Let me
18   rephrase it.  Did you attempt to keep the paper a
19   secret?
20   A     I'm sure we didn't.
21   Q     If I had called you up in August of 1976 and
22   asked you for a copy, would you have given me a copy?
23              MR. FLINN:  Objection.  Calls for
24   speculation.  You don't have to answer that question.
25              THE WITNESS:  My answer is I don't know.
26              Q BY MR. SCHLAFLY:  Did anybody do that?
```

1   A    I don't remember anyone doing it.

2   Q    Do you know of any explanation for how I might

3   have gotten a copy of this paper?

4            MR. FLINN:  Objection.  Calls for

5   speculation.

6            MR. SCHLAFLY:  I'm not asking him to

7   speculate.  I'm asking if he knows of a way in which

8   I might have gotten a copy of this paper.

9            MR. FLINN:  I'm sorry.  That calls for

10  speculation.  You don't have to answer the question.

11           THE WITNESS:  Roger, I don't know how you

12  got this paper.

13           Q BY MR. SCHLAFLY:  Okay.  Let's go back

14  to your talk at the National Computer Conference.

15  Was that talk open to the public?

16           MR. FLINN:  Objection.  Asked and

17  answered.

18           THE WITNESS:  I'm not sure he's asked

19  exactly that question.  The talk was I presume open

20  to conference attendees.

21           Q BY MR. SCHLAFLY:  Could any member of

22  the public have attended the conference?

23  A    I am not aware of any restriction on attending

24  the conference other than paying I assume some fee.

25  Q    Okay.  At your talk, did you hand out any

26  copies of any papers?

Weber & Volzing, Inc.

45

Deposition of Whitfield D    le

```
 1    A       I did not.
 2    Q    .  Did you --
 3    A       At least, I do not recall handing out any.
 4    Q       Okay.  Did you show any slides or use an
 5    overhead projector?
 6    A       I showed thirty-five millimeter slides.
 7    Q       Do you have copies of the slides here?
 8    A       Yes.
 9    Q       Which one is it?
10    A       No, it's the other one (indicating).
11    Q       This (indicating) is it?
12    A       Uh-huh.  Those are xerox copies of the
13    handwritten pages from which the thirty-five
14    millimeter slides were photographed.  Why there's no
15    title slide, I don't know.
16              MR. MOORE:  For the record, the witness
17    appears to be referring to documents that are Bates
18    stamped DIF 025 through DIF 044.
19              MR. FLINN:  Do I have a Bates stamped
20    set?
21              MR. MOORE:  Not as yet, it appears.
22              MR. SCHLAFLY:  Can we enter this into the
23    record as Exhibit D-1?
24              (Whereupon, Plaintiff's Exhibit D-1 was
25    marked for identification.)
26              (Whereupon, there was a discussion off
```

```
 1    the record.)
 2                  Q BY MR. SCHLAFLY:  Are we back on the
 3    record?  Okay.  Mr. Diffie, were any copies of these
 4    slides distributed?
 5    A     I don't remember distributing any.
 6    Q     As far as you know, these are the only copies?
 7    A     As far as I knew, those were the only copies.
 8    Q     Okay.  I'm looking at a slide titled "Matrix
 9    Example" about halfway through.
10                  MR. FLINN:  What's the number on the
11    page?
12                  THE WITNESS:  Oh, how neat.
13                  MR. SCHLAFLY:  I'm sorry.  Mine aren't
14    numbered.
15                  THE WITNESS:  034.
16                  MR. SCHLAFLY:  May I use yours?
17                  MR. MOORE:  You may.
18                  Q BY MR. SCHLAFLY:  Okay.  What does that
19    mean?
20                  MR. FLINN:  Objection.  Calls for expert
21    opinion.
22                  MR. SCHLAFLY:  I'm not asking an opinion,
23    I'm just asking what it is.
24                  MR. FLINN:  It's not something a lay
25    person could answer, so only an expert could answer
26    what it is.  If you ask him what recollection he has
```

```
 1              MR. FLINN:  Objection.  Calls for
 2    speculation, calls for expert opinion.  He testified
 3    he doesn't remember the document, so for him to read
 4    that and analyze it and bring to bear some fresh
 5    judgment as to the relationship to some other concept
 6    or theory --
 7              MR. SCHLAFLY:  All right.  We'll ask Mr.
 8    Hellman about it.  The next document is entitled "New
 9    Directions in Cryptography, Talk Given at IBM Watson
10    Lab."  Can somebody give me a copy with Bates numbers
11    on them?
12              MR. MOORE:  Yes, Roger.
13              MR. SCHLAFLY:  You're such a swell guy.
14    All right.  This will be -- please label this Exhibit
15    D-5.
16              MR. MOORE:  Off the record for a moment,
17    Roger.
18              (Whereupon, there was a discussion off
19    the record.)
20              (Whereupon, Plaintiff's Exhibit D-5 was
21    marked for identification.
22              Q BY MR. SCHLAFLY:  Okay.  Document D-5
23    has Bates number DIF 045 through DIF 075.  Do you
24    recognize this?
25    A     Yes, I recognize this document.
26    Q     What is it?
```

Deposition of Whitfield Diffie

```
 1   A      It is the foils for a lecture I gave at IBM
 2   Watson Labs in Yorktown Heights.  And it's dated 6
 3   July 1976, so I assume that's the date of the
 4   lecture.  That's not something I'd remember.
 5   Q      Who was this a lecture to?
 6   A      I do not remember whether it was in any
 7   regularly scheduled series.  It was a lecture to a
 8   small number of people, between one and two dozen, I
 9   would speculate, who probably mostly came from the
10   mathematics department, but I don't know whether it
11   was -- how it was advertised within the lab.
12   Q      The math department of IBM Watson Lab?
13   A      Yes.
14   Q      Was there anyone there from outside IBM?
15   A      I don't know.
16   Q      Was it advertised outside IBM?
17   A      I don't know.  I suspect not.
18   Q      How long was the talk?
19   A      I don't remember clearly.  My best of my
20   belief, it must have been around an hour.  Typical
21   afternoon seminar talk.
22   Q      And could you briefly summarize the subject
23   matter of the talk?
24   A      Could I briefly summarize the subject matter of
25   the talk?
26   Q      Just in a couple sentences.
```

Weber & Volzing, Inc.

```
1    A      Well, frankly, no.  I have not looked at these
2    slides.  And beyond the title, which suggests that
3    its contents probably survey the contents of the
4    paper by the same title, I couldn't, no.
5    Q    Okay.  How about the page that's about ten
6    pages in?
7                MR. FLINN:  It should have a Bates
8    number.
9                THE WITNESS:  But he didn't have one.
10               MR. SCHLAFLY:  Titled "Discrete
11   Exponential."
12               MR. FLINN:  DIF 055?
13               THE WITNESS:  Right.
14               MR. MOORE:  55?
15               MR. FLINN:  And your question is...?
16               Q BY MR. SCHLAFLY:  Do you remember what
17   you talked about in relation to this slide?
18   A      Beyond what the slide says, no.
19   Q      Do you recall whether or not you discussed
20   exponential key exchange?
21   A      I expect I did.
22   Q      How about the page about another ten pages
23   later entitled "Discrete Exponential Scheme"?
24               MR. FLINN:  Page DIF 063?
25               THE WITNESS:  I'm looking at it.
26               Q BY MR. SCHLAFLY:  Do you recall what
```

Weber & Volzing, Inc.

1    you discussed in relation to that slide?

2    A    No.  Beyond -- beyond what the slide says, I --

3    I don't recall the giving of the lecture.  I recall

4    being in the room, but at twenty years nearly

5    removed --

6    Q    Was it exponential key exchange?

7         MR. FLINN:  Was what exponential key

8    exchange?  "It" is undefined.

9         MR. SCHLAFLY:  The discussion related to

10   this slide.

11        MR. FLINN:  Objection.  Asked and

12   answered.  He tells you he doesn't remember what was

13   discussed about the slide.

14        THE WITNESS:  I believe the phrase

15   discrete exponential scheme is synonymous on this

16   slide with exponential key exchange.

17        Q BY MR. SCHLAFLY:  Okay.  Was this talk

18   -- was there an understanding of confidentiality at

19   this talk?

20   A    I don't know.  I don't remember imposing any

21   such condition.  I don't know what IBM's policies are.

22   Q    Were any of these slides marked confidential?

23   A    I haven't looked at them in twenty years.  I'm

24   sure they aren't.

25   Q    Do you recall placing any restrictions on the

26   audience on who they can talk with regarding this

Weber & Volzing, Inc.

1  subject matter?

2  A    I do not.

3  Q    Do you recall any conversations with particular

4  members of the audience?

5            MR. FLINN:  At the time of the lecture?

6            MR. SCHLAFLY:  At the time of the

7  lecture, yes.  That is before, after, during.

8            THE WITNESS:  I remember talking to

9  Rabin.  I'm sorry, I can't think of his first name at

10  this instant.  Michael, I believe.

11            Q BY MR. SCHLAFLY:  Michael Rabin?

12  A    And I recall talking to the head of the

13  mathematics department after the lecture.  I don't

14  remember who he was.  And I recall that he clearly

15  had not understood the lecture.

16  Q    Did anyone ask questions that indicated they

17  did understand the lecture?

18  A    I think Michael Rabin understood the lecture.

19  Q    And this is the Michael Rabin who is a

20  well-known cryptographer?

21  A    He's a well-known I would have said

22  mathematician.

23  Q    Well, okay.  Whatever.  I don't know what he

24  is.  There's some variant of RSA that's due to him, I

25  think?

26  A    Yes.

1   Q     And he has maybe some kind of primality test?

2   I'm just going on my memory. That's the same Michael

3   Rabin?

4   A     The same Michael Rabin.

5   Q     And he worked for IBM at the time?

6   A     I believe he had some split arrangement where

7   he spent some time at IBM and some time at other

8   places. Perhaps some were at MIT and some were in

9   Israel.

10   Q     Did you hand out any papers at the talk?

11   A     I don't believe so.

12   Q     Did you tell the audience of the existence of

13   the "New Directions" IEEE paper?

14   A     I don't remember.

15   Q     Did you indicate --

16   A     It's hard to believe I didn't.

17   Q     Well, I do notice the title of this lecture is

18   the same as the IEEE paper.

19   A     Is identical. So it seems very likely if you

20   like this kind of thing, you can read more about it

21   in November or something like that. I'm sure I

22   didn't know the publication date yet, but --

23   Q     Did you make pre-prints available in any way?

24   A     I don't remember doing so.

25   Q     Did you in any way announce the availability of

26   pre-prints from Stanford or Hellman or anyone else?

Weber & Volzing, Inc.

```
1    A      Don't know.

2    Q      Do you know if anyone there obtained a

3    pre-print?

4    A      I don't know:

5    Q      Do you know if anyone obtained a pre-print to

6    the "New Directions" IEEE paper prior to September of

7    1976?

8    A      No, I don't know that, either.

9    Q      It's not in your recollection?

10   A      That's right.

11          MR. FLINN:  That's been asked and

12   answered.

13          Q BY MR. SCHLAFLY:  Is it possible that

14   it happened and you forgot?

15          MR. FLINN:  Objection.  Calls for

16   speculation.  You don't have to answer that.  Ask

17   another question.

18          Q BY MR. SCHLAFLY:  Okay.  Turn to

19   Exhibit V.

20   A      I have it in hand.

21   Q      Page 563.

22   A      I've got it.

23   Q      Do you see the section entitled Roman numeral

24   III, "Trap-Door Knapsacks"?

25   A      Uh-huh.

26   Q      Do you see the paragraph right above it?
```

Weber & Volzing, Inc.

//

1              UNITED STATES DISTRICT COURT

2             NORTHERN DISTRICT OF CALIFORNIA

3                      DEPARTMENT 4

4       BEFORE THE HONORABLE SPENCER WILLIAMS, JUDGE

5

6    ROGER SCHLAFLY,

7                   PLAINTIFF,

8    -vs-                        Consolidated C-94-20512-SW

9    PUBLIC KEY PARTNERS,        and C-96-20094-SW

10                  DEFENDANT,    CONFIDENTIAL PROCEEDINGS

11   ----------------------------

12                      ---oOo---

13

14          REPORTER'S TRANSCRIPT OF PROCEEDINGS

15            THURSDAY, FEBRUARY 29, 1996

16

17   APPEARANCES:

     FOR RSA:              HELLER, EHRMAN, WHITE & MCAULIFFE
18                         BY: ROBERT T. HASLAM, ESQUIRE
                           -AND- ROBERT D. FRAM, ESQUIRE
19                         -AND- CAROLYN R. BOSTICK

20   FOR CARO-KANN:        ALSTON & BIRD
                           PATRICK J. FLINN, ESQUIRE
21                         MORRISON & FOERSTER
                           BY: KARL J. KRAMER, ESQUIRE
22                         -AND- JANA G. GOLD, ESQUIRE

23   FOR DR. ROGER SCHLAFLY: IN PROPER PERSON

24   FOR PKP:              THOMAS HOGAN, ESQUIRE

25   COURT REPORTER:       BRYNN DOCKSTADER, CSR, CMR
                           CERTIFICATE NO. 3518

1    in this case that there was an open sale bar.  And in

2    giving that, what is the significance of the three other

3    publications of the conferences?  The National Computer,

4    the EEE information theory and the presentation privately

5    to IBM?

6              The significance of that to you is they had no

7    incentive.  Every indication in this record is that th

8    wanted to get this thing out in the public domain as

9    quickly and as broadly as possible.

10             The Howmedica case and the Tyler case do

11   indicate given the breadth of the disclosure of those

12   three conferences with the slides, that is, that alone

13   might.

14             I recognize here it is an extension of district

15   court cases.  That alone in the context of this case might

16   satisfy the printed publication because it is undisputed

17   on this record that those slides and those presentations

18   taught every one of interest and the interested public how

19   to practice these patents.  We don't have to stop here.

20   And we know what happened after that.

21             And I want to touch on the MIT case because I

22   think we can meet the MIT criteria right now.  In the MIT

23   case there was one presentation of 50 to 500 people with

24   one article presented to the head of the conference prior

25   to the conference and six copies disseminated after the

1    breeches of fiduciary duty and whether or not there was a

2    license, whether to dissolve a partnership.

3         If they dissolve the partnership who gets what?

4    They were concerned that the breadth taken out of context

5    as is now being done might work to CKC's detriment.

6         With respect to the Vaeck case and the cases on

7    the scope of enablement necessarily related to the breadth

8    of the claims that are not in the 12 paragraphs, two

9    cases.  Those are not dealing with whether the claim is

10   definite, and one can understand it.  Those are cases

11   which say it doesn't matter whether the claim is definite

12   and you understand it.  You can't pre-empt the future by

13   such a broad claim unless you tell people how to find the

14   breadth to that claim.

15        On the 870 and the public printed publication,

16   the record will say what it says.  I do not contend that

17   the law says that mere oral presentations are alone

18   sufficient.

19        I do say, however, that the Howmedica case and I

20   believe it is Tyler, both district court cases, both stand

21   for the proposition in this case.  And I think it is an

22   extension of the law.  But I think it is grounded on the

23   principles underlying 102B.  Those presentations with the

24   printed slide do constitute a publication.

25        On accessibility, the test is accessibility to