ORIGINAL

```
KARL J. KRAMER (Bar No. 136433)
BRYAN WILSON (No. 138842)
JANA G. GOLD (No. 154246)
SHERMAN W. KAHN (No. 168924)
Morrison & Foerster LLP
755 Page Mill Road
Palo Alto, California  94304-1018
Telephone: (415) 813-5600
Facsimile:  (415) 494-0792

RAOUL D. KENNEDY (Bar No. 40892)
Morrison & Foerster LLP
345 California Street
San Francisco, CA  94104-2675
Telephone: (415) 677-7000
Facsimile: (415) 677-7522

PATRICK J. FLINN (Bar No. 104423)
ALSTON & BIRD
One Atlantic Center
1201 W. Peachtree Street
Atlanta, GA  30306
Telephone: (404) 881-7000
Facsimile: (404) 881-7777

Attorneys for Defendants and
Counter-Claimants CYLINK CORPORATION
and CARO-KANN CORPORATION
```

FILED

JUL 31  3 52 PM '96

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

94-20512-SW

| | |
|---|---|
| RSA DATA SECURITY, INC., a Delaware Corporation,,<br><br>Plaintiff,<br><br>v.<br><br>CYLINK CORPORATION and CARO-KANN CORPORATION, a California Corporation, and THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>Defendants.<br><br>AND RELATED COUNTER-CLAIMS | No.  C-96-20094 SW (PVT)<br><br>**DECLARATION OF DR. MARTIN HELLMAN IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON THE VALIDITY OF THE DIFFIE-HELLMAN PATENT**<br><br>Date: September 4, 1996<br>Time: 10:00 a.m.<br>Courtroom:<br><br>The Hon. Spencer Williams |

HELLMAN DECLARATION IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT
C-96-20094 SW (PVT)

118675

1  I, Dr. Martin E. Hellman declare:

2  1.  I am one of the named inventors on United States Patent
3  No. 4,200,770 (the "Diffie-Hellman patent").  I have been a
4  Professor in the Department of Electrical Engineering at Stanford
5  University since 1971, and I am currently a Professor Emeritus.

6  2.  In late May or June, 1976, Whitfield Diffie and I
7  submitted a paper entitled "New Directions in Cryptography" to the
8  IEEE for publication in the journal called <u>Transactions on
9  Information Theory</u>.  At the time we submitted the paper, we were
10 aware that the paper would be circulated to a limited number of
11 anonymous reviewers, who would be under an obligation to maintain
12 the confidentiality of the paper.  In approximately August, 1976,
13 Diffie and I revised the paper we had submitted to the IEEE to
14 incorporate changes suggested by the editors of the IEEE journal.

15 3.  In late June, 1976, I attended an IEEE symposium called
16 the International Symposium on Information Theory in Ronneby,
17 Sweden, and gave an oral presentation relating to the subject matter
18 in the "New Directions" paper.  I also used slides at the Ronneby
19 symposium as a visual aid.  However, to the best of my recollection,
20 I did not pass out copies of the slides, nor did I hand out or make
21 available copies of any draft of the "New Directions" paper at the
22 Ronneby presentation.  In fact, I am fairly certain that I did not
23 carry copies of the paper with me to Sweden because immediately
24 before the Ronneby Symposium, I participated in a conference in the
25 Soviet Union (on a different topic), and I recall being concerned
26 about passing through Soviet security carrying these materials on
27 cryptography.

28

HELLMAN DECLARATION IN SUPPORT OF          1
MOTION FOR SUMMARY JUDGMENT
C-96-20094 SW (PVT)

4.  I do not recall sending any draft of the "New Directions" paper to any specific person other than the IEEE editor prior to the paper's publication. Nor do I recall receiving any specific requests for a draft of the paper prior to its publication. However, it would have been my practice to send preprints of research papers such as the "New Directions" paper to selected colleagues for their information and feedback. I believe that I followed that practice in this case, and sent a copy of the draft of the paper to a small number of colleagues. However, it would <u>not</u> have been my practice to send such papers without restriction. In fact, it was the common understanding of these colleagues -- indeed, of anyone in the relevant academic community -- that research papers such as this were being circulated confidentially, and that they were not to be further circulated without permission of the author. Aside from common courtesy, this understanding was a natural consequence of the fact that academic journals normally expected to publish only previously unpublished materials.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 31st day of July at Stanford, California.

*[signature]*
Dr. Martin Hellman