ORIGINAL

```
 1  KARL J. KRAMER (No. 136433)
    JANA G. GOLD (No. 154246)
 2  MORRISON & FOERSTER LLP
    755 Page Mill Road
 3  Palo Alto, California  94304-1018
    Telephone: (415)813-5600
 4
    RAOUL D. KENNEDY (No. 40892)
 5  MORRISON & FOERSTER LLP
    345 California Street
 6  San Francisco, California 94104-2675
    Telephone:  (415) 677-7000
 7
    PATRICK J. FLINN (No. 104423)
 8  ALSTON & BIRD
    One Atlantic Center
 9  1201 W. Peachtree Street
    Atlanta, Georgia 30306
10  Telephone: (404)881-7000

11  Attorneys for Defendants/Counter-
    Claimants CYLINK CORPORATION, CARO-KANN
12  CORPORATION and STANFORD UNIVERSITY
```

FILED
JUL 31  3 52 PM '96
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

164

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER SCHLAFLY,<br><br>            Plaintiff,<br><br>    v.<br><br>PUBLIC KEY PARTNERS AND RSA DATA SECURITY, INC.,<br><br>            Defendants, | No.   C-94-20512 SW |
| RSA DATA SECURITY, INC.,<br><br>            Plaintiff,<br><br>    v.<br><br>CYLINK CORPORATION and CARO-KANN CORPORATION, et al.<br><br>            Defendants. | No.   C-96-20094 SW<br><br>**CONSOLIDATED DECLARATION OF KARL J. KRAMER IN SUPPORT OF DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**<br><br>Date: September 4, 1996<br>Time: 10:00 a.m.<br>Courtroom:  4<br><br>Hon. Spencer Williams |

I, Karl J. Kramer, declare:

1. I am a partner of the law firm of Morrison & Foerster LLP, counsel for the defendants and counterclaimants Cylink Corporation, Caro-Kann Corporation and Stanford University. I make this declaration pursuant to Rules 7-2 and 7-5 of the Local Rules for the United States District Court for the Northern District of California.

2. Attached as Exhibit 1 to Defendants Motion for Summary Judgment Against Mr. Schlafly's Invalidity Claims Regarding The Stanford Patents is a true and correct copy of U.S. Patent No. 4,218,582. A true and correct copy of this document is also attached as Exhibit C to Defendants' Motion for Summary Judgment Against RSADSI's Invalidity Claims Regarding The Hellman-Merkle Patent.

3. Attached as Exhibit 2 to Defendants' Motion for Summary Judgment Against Mr. Schlafly's Invalidity Claims Regarding The Stanford Patents is a true and correct copy of U.S. Patent No. 4,200,770. A true and correct copy of this document is also attached to as Exhibit 1 to Defendants' Motion for Summary Judgment Against RSADSI's Invalidity Claims Regarding The Diffie-Hellman Patent.

4. Attached as Exhibit 3 to Defendants' Motion for Summary Judgment Against Mr. Schlafly's Invalidity Claims Regarding The Stanford Patents is a true and correct copy of the September 6, 1995 decision of the arbitration panel in the matter of the arbitration between Cylink Corporation and Caro-Kann Corporation, on the one hand, and RSA Data Security, Inc., on the other. A true and correct

copy of this document is also attached as Exhibit 4 to Defendants' Motion for Summary Judgment Against RSADSI's Invalidity Claims Regarding The Diffie-Hellman Patent.

5. Attached as Exhibit 2 to Defendants' Motion for Summary Judgment Against RSADSI's Invalidity Claims Regarding The Diffie-Hellman Patent, is a true and correct copy of excerpts from RSADSI's BSAFE User's Manual, Version 2.1. A true and correct copy of this document is also attached as Exhibit E to Defendants' Motion for Summary Judgment Against RSADSI's Invalidity Claims Regarding The Hellman-Merkle Patent.

6. Attached as Exhibit 3 to Defendants' Motion for Summary Judgment Against RSADSI's Invalidity Claims Regarding The Diffie-Hellman Patent, is a true and correct copy of a paper by W. Diffie and M. Hellman, entitled "New Directions in Cryptography," published in IEEE Transactions on Information Theory in November, 1976.

7. Attached as Exhibit 5 to Defendants' Motion for Summary Judgment Against RSADSI's Invalidity Claims Regarding The Diffie-Hellman Patent, is a true and correct copy of the General Partnership Agreement for Public Key Partnership, a California General Partnership, dated April 6, 1990.

8. Attached as Exhibit 6 to Defendants' Motion for Summary Judgment Against RSADSI's Invalidity Claims Regarding The Diffie-Hellman Patent, is a true and correct copy of the Complaint filed in United States District Court on March 27, 1992 by Public Key Partners against TRW, Inc.

9. Attached as Exhibit 7 to Defendants' Motion for Summary Judgment Against RSADSI's Invalidity Claims Regarding The Diffie-

1  Hellman Patent, is a true and correct copy of excerpts of the
2  reporter's transcription of the testimony of Robert Fougner on May
3  9, 1995 in the matter of the arbitration between Cylink Corporation
4  and Caro-Kann Corporation, on the one hand, and RSA Data Security,
5  Inc., on the other.

6      10.  Attached as Exhibit 8 to Defendants' Motion for Summary
7  Judgment Against RSADSI's Invalidity Claims Regarding The Diffie-
8  Hellman Patent, is a true and correct copy of representative
9  Stanford Patent license agreements entered into by Public Key
10 Partners, and signed by James Bidzos, President of RSA Data
11 Security, Inc. a general partner in Public Key Partners.

12     11.  Attached as Exhibit 9 to Defendants' Motion for Summary
13 Judgment Against RSADSI's Invalidity Claims Regarding The Diffie-
14 Hellman Patent, are true and correct copies of recent product and
15 license announcements published by RSA Data Security, Inc.

16     12.  Attached as Exhibit 10 to Defendants' Motion for Summary
17 Judgment Against RSADSI's Invalidity Claims Regarding The Diffie-
18 Hellman Patent, is a true and correct copy of excerpts of the
19 reporter's transcription of the testimony of Whitfield Diffie on
20 October 23, 1995 in this matter.

21     13.  Attached as Exhibit 11 to Defendants' Motion for Summary
22 Judgment Against RSADSI's Invalidity Claims Regarding The Diffie-
23 Hellman Patent, is a true and correct copy of excerpts of the
24 reporter's transcription of the February 29, 1996 hearing on
25 Defendants' Motion.

26     14.  Attached as Exhibit 12 to Defendants' Motion for Summary
27 Judgment Against RSADSI's Invalidity Claims Regarding The Diffie-

28 CONSOLIDATED DECL OF KARL J. KRAMER
   IN SUPPORT OF DEFENDANTS' MOTIONS
   FOR SUMMARY JUDGMENT
   C-94-20512/C-96-20094 SW     3    pa120335

1 Hellman Patent, is a true and correct copy of the Declaration of
2 Ingemar Ingemarsson, executed January 8, 1996 and previously filed
3 with the Court in this matter on January 11, 1996 by RSADSI.

15. Attached as Exhibit 13 to Defendants' Motion for Summary Judgment Against RSADSI's Invalidity Claims Regarding The Diffie-Hellman Patent, is a true and correct copy of the Declaration of Alan Konheim, executed December 20, 1996 and previously filed with the Court in this matter on January 11, 1996 by RSADSI.

16. Attached as Exhibit 14 to Defendants' Motion for Summary Judgment Against RSADSI's Invalidity Claims Regarding The Diffie-Hellman Patent, is a true and correct copy of the Declaration of Peter Blatman, executed December 19, 1996 and previously filed with the Court in this matter on January 11, 1996 by RSADSI.

17. Attached as Exhibit A to Defendants' Motion for Summary Judgment Against RSADSI's Invalidity Claims Regarding The Hellman-Merkle Patent, is a true and correct copy of a memorandum prepared by Professor Ronald Rivest, dated August 10, 1983 and entitled "Notes on the Validity of Stanford Patent 4,218,582."

18. Attached as Exhibit B to Defendants' Motion for Summary Judgment Against RSADSI's Invalidity Claims Regarding The Hellman-Merkle Patent, is a true and correct copy of a print out from the SEC's Edgar Database Form S-4 Registration Statement filed by Security Dynamics Technologies, Inc. on June 26, 1996.

19. Attached as Exhibit D to Defendants' Motion for Summary Judgment Against RSADSI's Invalidity Claims Regarding The Hellman-Merkle Patent, is a true and correct copy of an excerpt from a book entitled "Kahn On Codes," by David Kahn.

20. Attached as Exhibit G to Defendants' Motion for Summary Judgment Against RSADSI's Invalidity Claims Regarding The Hellman-Merkle Patent, is a true and correct copy of the Expert Declaration of Alan Konheim, executed January 9, 1996, and previously filed with the Court in this matter on January 11, 1996 by RSADSI.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Signed this 31st day of July, 1996 at Palo Alto, California.

_____
Karl J. Kramer