# ORIGINAL

1  KARL J. KRAMER (No. 136433)
   JANA G. GOLD (No. 154246)
2  MORRISON & FOERSTER LLP
   755 Page Mill Road
3  Palo Alto, California  94304-1018
   Telephone: (415)813-5600
4
   RAOUL D. KENNEDY (No. 40892)
5  MORRISON & FOERSTER LLP
   345 California Street
6  San Francisco, California 94104-2675
   Telephone:  (415) 677-7000
7
   PATRICK J. FLINN (No. 104423)
8  ALSTON & BIRD
   One Atlantic Center
9  1201 W. Peachtree Street
   Atlanta, Georgia 30306
10 Telephone: (404)881-7000

11 Attorneys for Defendants/Counter-
   Claimants CYLINK CORPORATION, CARO-KANN
12 CORPORATION and STANFORD UNIVERSITY

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15

16 ROGER SCHLAFLY,                         No.   C-94-20512 SW

17                      Plaintiff,

18    v.

19 PUBLIC KEY PARTNERS AND RSA DATA
   SECURITY, INC.,
20
                        Defendants,
21  _____     No.   C-96-20094 SW

22 RSA DATA SECURITY, INC.,                 **NOTICE OF FILING
                                            SUPPLEMENTAL DECLARATION IN
23                      Plaintiff,          SUPPORT OF DIFFIE-HELLMAN
                                            MOTION**
24    v.
                                            Date: September 4, 1996
25 CYLINK CORPORATION and CARO-KANN         Time: 10:00 a.m.
   CORPORATION, et al.                      Courtroom:  4
26
                        Defendants.         Hon. Spencer Williams
27

28 NOTICE OF FILING SUPPLEMENAL DECLARATION
   IN SUPPORT OF MOTION FOR SUMMARY JUDGMNENT
   ON DIFFIE-HELLMAN PATENT
   C-96-20094 SW

120768

FILED

AUG 2  11 32 AM '96

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

166

1    On July 31, 1996, defendants and counterclaim plaintiffs Cylink

2  Corporation, Caro-Kann Corporation, and Stanford University

3  ("defendants") filed a Motion for Summary Judgment on the Validity

4  of the Diffie-Hellman Patent.  Dr. Whitfield Diffie, one of the co-

5  inventors of the patent, was unavailable to sign a declaration in

6  support of that motion until August 1, 1996.

7    Defendants respectfully request that the Declaration of

8  Whitfield Diffie, attached hereto, be considered in support of

9  defendants Motion.

10    Dated: August 1, 1996

11                              MORRISON & FOERSTER LLP
                                ALSTON & BIRD
12

13

                          By: _____
14                              Karl J. Kramer

15                              Attorneys for Defendants/
                                Counter-Claimants CYLINK
16                              CORPORATION, CARO-KANN
                                CORPORATION and STANFORD
17                              UNIVERSITY

18

19

20

21

22

23

24

25

26

27

28  NOTICE OF FILING SUPPLEMENTAL DECLARATION
    IN SUPPORT OF MOTION FOR SUMMARY JUDGMNENT
    ON DIFFIE-HELLMAN PATENT
    C-96-20094 SW                    1

1   KARL J. KRAMER (Bar No. 136433)
    BRYAN WILSON (No. 138842)
2   JANA G. GOLD (No. 154246)
    SHERMAN W. KAHN (No. 168924)
3   Morrison & Foerster LLP
    755 Page Mill Road
4   Palo Alto, California  94304-1018
    Telephone: (415) 813-5600
5   Facsimile:  (415) 494-0792

6   RAOUL D. KENNEDY (Bar No. 40892)
    Morrison & Foerster LLP
7   345 California Street
    San Francisco, CA  94104-2675
8   Telephone: (415) 677-7000
    Facsimile: (415) 677-7522
9
    PATRICK J. FLINN (Bar No. 104423)
10  ALSTON & BIRD
    One Atlantic Center
11  1201 W. Peachtree Street
    Atlanta, GA  30306
12  Telephone: (404) 881-7000
    Facsimile: (404) 881-7777
13
    Attorneys for Defendants and
14  Counter-Claimants CYLINK CORPORATION
    and CARO-KANN CORPORATION
15

16                  UNITED STATES DISTRICT COURT

17                 NORTHERN DISTRICT OF CALIFORNIA

18

19  RSA DATA SECURITY, INC., a          No.   C-96-20094 SW(PVT)
    Delaware Corporation,,
20                                       **DECLARATION OF DR. WHITFIELD
                        Plaintiff,       DIFFIE IN SUPPORT OF
21                                       DEFENDANTS' MOTION FOR
        v.                               SUMMARY JUDGMENT ON THE
22                                       VALIDITY OF THE DIFFIE-
    CYLINK CORPORATION and CARO-KANN     HELLMAN PATENT**
23  CORPORATION, a California
    Corporation, and THE BOARD OF        Date:  September 4, 1996
24  TRUSTEES OF THE LELAND STANFORD      Time:  10:00 a.m.
    JUNIOR UNIVERSITY,                   Courtroom:  4
25
                        Defendants.      The Hon. Spencer Williams
26

27  AND RELATED COUNTER-CLAIMS

28

    DIFFIE DECLARATION IN SUPPORT OF
    MOTION FOR SUMMARY JUDGMENT
    C-96-20094 SW (PVT)                                    118672

1    I, Dr. Whitfield Diffie, declare and state:

2    1.   I am one of the named inventors on United States Patent

3    No. 4,200,770 (the "Diffie-Hellman patent").   I am currently

4    employed as a Distinguished Engineer at Sun Microsystems in Mountain

5    View, California.

6    2.   In late May or June, 1976, Dr. Hellman and I submitted a

7    paper entitled "New Directions in Cryptography" to the IEEE for

8    publication in the journal called Transactions on Information

9    Theory.  At the time we submitted the paper, we were aware that the

10   paper would be circulated to a limited number of anonymous

11   reviewers, who would be under an obligation to maintain the

12   confidentiality of the paper.  In approximately August, 1976, we

13   revised the paper to incorporate changes suggested by the editors of

14   the IEEE journal.

15   3.   I have reviewed the Declaration of Peter Blatman,

16   submitted to the Court by RSADSI in January, 1996.  The paper

17   attached to Mr. Blatman's declaration is a copy of the August, 1976

18   version of the paper.  I do not recall sending the paper to

19   Mr. Blatman or anyone else in or around August, 1976.  However, I do

20   recall Mr. Blatman.  Mr. Blatman was a graduate student at Berkeley

21   in the mid-1970's, and it was through Mr. Blatman that I met Ralph

22   Merkle, one of the coinventors of the Diffie-Hellman patent.  Mr.

23   Blatman and I both participated in a seminar given by Dr. Hellman at

24   Stanford University during this period, and would commute from

25   Berkeley to Stanford together.  I considered Mr. Blatman a fairly

26   close colleague at the time, and as such, it would have been my

27   practice to share my academic work with him, and to seek his

28   comments.  It is common practice in academia to circulate such

DIFFIE DECLARATION IN SUPPORT OF          1
MOTION FOR SUMMARY JUDGMENT
C-96-20094 SW (PVT)

1   papers prior to publication to ensure that any errors can be

2   corrected.  In my experience, it is widely understood that such

3   papers are being sent in confidence.  There is no question in my

4   mind that Mr. Blatman would have understood that a paper such as the

5   August draft of the "New Directions" paper was being sent in

6   confidence, and that Mr. Blatman would not have circulated a paper I

7   sent him without obtaining permission to do so.

8        4.   In June, 1976, I attended the National Computer Conference

9   in New York City, and gave an oral presentation covering some of the

10  material in the "New Directions" paper.  I also used slides at the

11  National Computer Conference as a visual aid.  However, I did not

12  pass out copies of the slides.  To the best of my recollection, I

13  did not hand out or make available any copies of any draft of the

14  "New Directions" paper at the National Computer Conference

15  presentation.

16       5.   In July, 1976, I was invited to give an afternoon seminar

17  presentation to a small group of mathematicians at the IBM Watson

18  Labs in Yorktown Heights, New York.  I used slides in giving the

19  seminar as a visual aid.  However, I did not pass out copies of the

20  slides.  I discussed the subject matter of the "New Directions"

21  paper at the IBM seminar.  To the best of my recollection, I did not

22  hand out or make available any copies of any draft of the "New

23  Directions" paper at the IBM Watson Labs presentation.

24       I declare under penalty of perjury that the foregoing is true

25  and correct.  Executed this _1_ day of *August* at Palo Alto,

26  California.

27

28

Whitfield Diffie

DIFFIE DECLARATION IN SUPPORT OF          2
MOTION FOR SUMMARY JUDGMENT
C-96-20094 SW (PVT)