UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

Case No. C-96-20094-SW *& Related case C-94-20512-SW*   Judge: Hon. Spencer Williams   Date: 8/6/96

**FILED**

Title _RSA Data_   vs. _Cylink et al_   171   AUG 6 1996

_Raoul Kennedy, ?_   RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Attorneys Present _Bob Haslam, Rob Framm_   Present _Roger Schlafly - IPP_

Deputy Clerk _John B. Pomeroy_   PROCEEDINGS   ~~Reporter~~ ERO: _Linda Monroe_
Tape # 001-96-SW.

| PLTF | DEFT | |
|------|------|---|
| ( ) | ( ) | 1 _Export motion to continue hearing on Markman issue_ |
| ( ) | ( ) | 2 _Motion to continue validity issue_ |
| ( ) | ( ) | 3 _____ |
| ( ) | ( ) | 4 _____ |

(X) Motions(s):  (X) Granted  ( ) Denied  ( ) Withdrawn  ( ) Off Calendar

( ) Granted in part, Denied in part

( ) Order to be prepared by  ( ) PLTF  ( ) DEFT  ( ) COURT

Case Continued to _____  for P/T Conf.

Case Continued to _2/3/97 @ 9:30 a.m.____  for Trial. _on Validity._

Case Continued to _____  for Further Status.

Case Continued to _____  for Dismissal Calendar.

ORDERED AFTER HEARING:

_Markman issue continued to 9/30 @ 10 a.m. (3 dr) Court Hearing._
_Motions for Summary Judgment on Validity issue continued to 10/24/96 @ 10 a.m._
_Discovery cut-off (fact & expert) 11/22/96; motions filed 12/4/96; opposition 12/18/96; reply 12/30/96_

( ) SUBMITTED  ( ) BRIEFS TO BE FILED  _hearing 1/8 or 15;_

Briefing Schedule:  Opening _____   Answer _____

Reply _____   Deemed Submitted on _____

Form CRD-1  12/82