1  KARL J. KRAMER (No. 136433)
   JANA G. GOLD (No. 154246)
2  MORRISON & FOERSTER LLP
   755 Page Mill Road
3  Palo Alto, California 94304-1018
   Telephone: (415) 813-5600
4
   RAOUL D. KENNEDY (No. 40892)
5  MORRISON & FOERSTER LLP
   345 California Street
6  San Francisco, California 94104-2675
   Telephone: (415) 677-7000
7
   PATRICK J. FLINN (No. 104423)
8  ALSTON & BIRD
   One Atlantic Center
9  1201 W. Peachtree Street
   Atlanta, Georgia 30306
10 Telephone: (404) 881-7000

11 Attorneys for Defendants/Counter-
   Claimants CYLINK, CARO-KANN CORPORATION
12 AND THE BOARD OF TRUSTEES OF THE
   LELAND STANFORD JUNIOR UNIVERSITY.

13

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16
   ROGER SCHLAFLY,                    No.  C-94-20512 SW
17
                   Plaintiff,
18
        v.
19
   PUBLIC KEY PARTNERS AND RSA DATA
20 SECURITY, INC.,

21              Defendants,

22                                    No.  C-96-20094 SW
   RSA DATA SECURITY, INC.,
23                                    **STIPULATED ORDER REGARDING
                   Plaintiff,         PRE-TRIAL AND TRIAL SCHEDULE**
24
        v.
25
   CYLINK CORPORATION and CARO-KANN
26 CORPORATION, et al.

27              Defendants.

28

1   The Court has reviewed the parties' papers and has heard
2   argument with respect to the motions and cross-motions concerning
3   the scheduling of the Markman hearing, the pending summary judgment
4   motions and trial of this matter.  Good cause appearing, the Court
5   hereby orders the following schedule of pre-trial and trial matters
6   relating to claims and defenses concerning the Stanford Patents in
7   disputes:

8   A.   Markman Hearing:

9   The Court will hold a tutorial on the technology at issue in
10  this case beginning on September 30, 1996 at 9:30 a.m.  The parties
11  are to meet and confer well in advance of that date to agree upon a
12  set of procedures for making the necessary presentation to educate
13  the Court on the underlying technological aspects of the case that
14  are not reasonably in dispute.  The parties should advise the Court
15  in advance of the hearing of the expected length of their
16  presentations.

17  Immediately following the tutorial, the Court will hold a
18  Markman hearing to determine disputed issues of claim construction.
19  All fact discovery concerning claim construction must be propounded
20  and completed by September 6, 1996.  If facts relevant to claim
21  construction are discovered after that date pursuant to discovery on
22  other issues, they may be offered at the Markman hearing.  If a
23  party contends that expert testimony is necessary for such a
24  hearing, the designation of the expert shall be made by August 30,
25  1996 and each such designated expert shall be produced for
26  deposition by the other parties to this action before September 13,
27  1996.  The parties are to exchange draft jury instructions
28  concerning claim construction by September 10, 1996 and shall meet

1  and confer in good faith to attempt to narrow the claim construction
2  issues in dispute. Final proposed jury instructions concerning
3  claim construction shall be served and filed by September 17, 1996.
4  Memoranda opposing any jury instruction shall be filed and served by
5  September 24, 1996.

6      B.   <u>Validity Summary Judgment Motions:</u>

7      The Court will hear the validity summary judgment motions on
8  October 30, 1996 at 10:00 a.m. Any opposition papers shall be
9  served and filed by October 8, 1996. Any reply papers in support of
10 such motions shall be filed by October 17, 1996.

11     C.   <u>Remaining Pre-Trial And Trial Schedule:</u>
12     The remaining pre-trial and trial schedule shall be as follows:

| | |
|---|---|
| Fact and Expert Discovery Cut-Off | November 22, 1996 |
| Remaining Dispositive Motions To Be Filed By | December 4, 1996 |
| Opposition to Remaining Dispositive Motions | December 18, 1996 |
| Reply to Remaining Dispositive Motions | December 30, 1996 |
| Hearing on Any Remaining Dispositive Motions | January 13, 1997 |
| Trial Commences | February 3, 1997 |

19     The parties are admonished to negotiate in good-faith the scope
20 of the trial to be held as scheduled above and to use their best
21 efforts to narrow the issues to those that are truly in dispute and
22 that should be tried to the Court.

23
24
25
26
27
28

STIPULATED ORDER REGARDING
PRE-TRIAL AND TRIAL SCHEDULE
No. C-96-20094 SW            3

Dated: August 21, 1996

MORRISON & FOERSTER LLP
ALSTON & BIRD

By: _____
Karl J. Kramer

Attorneys for Defendants and Counter-Claimants Cylink Corporation, Caro-Kann Corporation, and The Board of Trustees of the Leland Stanford Junior University

Dated: August 21, 1996

HELLER, EHRMAN, WHITE & MCAULIFFE

By: _____

Attorneys for Plaintiff RSA

Dated: August 25, 1996

ROGER SCHLAFLY

_____

IT IS SO ORDERED.

Dated: 8/28/96

_____
UNITED STATES DISTRICT COURT JUDGE

STIPULATED ORDER REGARDING
PRE-TRIAL AND TRIAL SCHEDULE
No. C-96-20094 SW                        4