**ORIGINAL**

1  KARL J. KRAMER (No. 136433)
   JANA G. GOLD (No. 154246)
2  SHERMAN W. KAHN (No. 168924)
   MORRISON & FOERSTER LLP
3  755 Page Mill Road
   Palo Alto, California 94304-1018
4  Telephone: (415) 813-5600

5  RAOUL D. KENNEDY (No. 40892)
   MORRISON & FOERSTER LLP
6  345 California Street
   San Francisco, California 94104-2675
7  Telephone: (415) 677-7000

8  PATRICK J. FLINN (No. 104423)
   ALSTON & BIRD
9  One Atlantic Center
   1201 W. Peachtree Street
10 Atlanta, Georgia 30306
   Telephone: (404) 881-7000
11
   Attorneys for Defendants/Counter-
12 Claimants CYLINK, CARO-KANN CORPORATION
   AND THE BOARD OF TRUSTEES OF THE
13 LELAND STANFORD JUNIOR UNIVERSITY

FILED

SEP 24  3 34 PM '96

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

14                   UNITED STATES DISTRICT COURT

15                  NORTHERN DISTRICT OF CALIFORNIA

16  ROGER SCHLAFLY,                     No.  C-94-20512 SW

17                  Plaintiff,          OBJECTIONS OF STANFORD
                                        UNIVERSITY, CYLINK AND CARO-
18      v.                              KANN TO THE PROPOSED JURY
                                        INSTRUCTIONS OF ROGER
19  PUBLIC KEY PARTNERS AND RSA DATA    SCHLAFLY
    SECURITY, INC.,
20                                      Date: October 1, 1996
                    Defendants,         Time: 10:00 a.m.
21                                      Judge: Spencer Williams

22  RSA DATA SECURITY, INC.,            No.  C-96-20094 SW

23                  Plaintiff,

24      v.

25  CYLINK CORPORATION and CARO-KANN
    CORPORATION, et al.
26
                    Defendants.
27

28

1   Pursuant to this Court's Order, defendants and counter-
2   claimants, Cylink Corporation, Caro-Kann Corporation and The Board
3   of Trustees of the Leland Stanford Junior University, hereby file
4   the following objections to the Proposed Jury Instructions on
5   Stanford Patents of Roger Schlafly, in connection with the hearing
6   on claim construction scheduled for October 1, 1996:[1]

7   1.   Schlafly's proposed instructions regarding the legal
8.  principles to be applied are objectionable to the extent that
9   they concern issues of validity rather than claim construction.
10  Such proposed instructions are premature.

11  2.   Schlafly's proposed instruction concerning the
12  provisions of 35 U.S.C. § 112, ¶ 6 is objectionable only
13  insofar as it is incomplete, omitting instruction regarding
14  "equivalence" and the matters that the jury is required to
15  consider in determining equivalence.

16  3.   Schlafly's proposed instructions regarding the
17  definition of the terms "key generator" and "secure," are
18  objectionable insofar as the proffered definitions are
19  ambiguous and likely to confuse the jury.

20  4.   Schlafly's proposed instructions regarding the terms
21  "secure," "computationally infeasible," "feasible," "infeasible
22  to invert," and "computational methods" are objectionable
23  insofar as the proffered definitions are contrary to the
24  definitions of these terms set forth in the patent itself.

25  5.   All of Schlafly's proposed instructions are

---

[1] The accompanying Memorandum of Stanford University, Cylink, and Caro-Kann Regarding the Parties' Proposed Jury Instructions sets forth the legal and factual bases for these objections in detail.

1  objectionable to the extent that each contains the defects
2  noted above and/or is contrary to the law of the facts of the
3  case.

4      Dated: September 24, 1996

```
                                   MORRISON & FOERSTER LLP
                                   ALSTON & BIRD


                              By: _____
                                   Karl J. Kramer

                                   Attorneys for Defendants and
                                   Counter-Claimants CYLINK
                                   CORPORATION, CARO-KANN
                                   CORPORATION AND THE BOARD OF
                                   TRUSTEES OF THE LELAND STANFORD
                                   JUNIOR UNIVERSITY
```

CYLINK'S OBJECTIONS TO SCHLAFLY'S
PROPOSED JURY INSTRUCTIONS
C-94-20512 SW              2