ORIGINAL

1   KARL J. KRAMER (No. 136433)
    JANA G. GOLD (No. 154246)
2   SHERMAN W. KAHN (No. 168924)
    MORRISON & FOERSTER LLP
3   755 Page Mill Road
    Palo Alto, California  94304-1018
4   Telephone: (415) 813-5600

5   RAOUL D. KENNEDY (No. 40892)
    MORRISON & FOERSTER LLP
6   345 California Street
    San Francisco, California 94104-2675
7   Telephone:  (415) 677-7000

8   PATRICK J. FLINN (No. 104423)
    ALSTON & BIRD
9   One Atlantic Center
    1201 W. Peachtree Street
10  Atlanta, Georgia 30306
    Telephone: (404) 881-7000

11

    Attorneys for Defendants/Counter-
12  Claimants CYLINK, CARO-KANN CORPORATION
    AND THE BOARD OF TRUSTEES OF THE
13  LELAND STANFORD JUNIOR UNIVERSITY

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16

    ROGER SCHLAFLY,                          No.   C-94-20512 SW
17
                      Plaintiff,             REQUEST FOR MANDATORY
18                                           JUDICIAL NOTICE PURSUANT TO
         v.                                  FEDERAL RULE OF EVIDENCE 201
19                                           OF CYLINK CORPORATION, CARO-
    PUBLIC KEY PARTNERS AND RSA DATA         KANN CORPORATION, AND
20  SECURITY, INC.,                          STANFORD UNIVERSITY

21                    Defendants,

22
    ─────────────────────────────────
    RSA DATA SECURITY, INC.,                 No.   C-96-20094 SW
23
                      Plaintiff,             Date:  October 1, 1996
24                                           Time:  10:00 a.m.
         v.                                  Judge: Hon. Spencer Williams
25
    CYLINK CORPORATION and CARO-KANN
26  CORPORATION, et al.

27                    Defendants.

28

FILED

SEP 24  3 34 PM '96

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

1        Defendants and counter-claimants, Cylink Corporation, Caro-Kann

2   Corporation and The Board of Trustees of the Leland Stanford Junior

3   University, hereby request pursuant to Federal Evidence Rule 201(d)

4   that the Court take mandatory judicial notice of the following

5   adjudicative facts.   These requests are made on the grounds that

6   these facts are either generally known within the Northern District

7   of California or are capable of accurate and ready determination by

8   resort to sources whose accuracy cannot be reasonable questioned.

9        1.   That the document attached as Exhibit 1 to the Consolidated

10  Declaration of Karl Kramer is a true and correct copy of United

11  States Patent No. 4,218,582 (the "Hellman-Merkle patent"), and that

12  said document is an official public record.

13       2.   That the document attached as Exhibit 2 to the Consolidated

14  Declaration of Karl Kramer is a true and correct copy of United

15  States Patent No. 4,220,770 (the "Diffie-Hellman patent"), and that

16  said document is an official public record.

17       3.   That the document attached as Exhibit 3 to the consolidated

18  declaration of Karl Kramer is a true and correct copy of the

19  contents of Prosecution History File Wrapper For United States

20  Patent No. 4,218,582 (the "Hellman-Merkle patent prosecution

21  history"), and that said document is an official public record.

22       4.   That the document attached as Exhibit 4 to the consolidated

23  declaration of Karl Kramer is a true and correct copy of the

24  contents of Prosecution History File Wrapper For United States

25  Patent No. 4,220,770 (the "Diffie-Hellman patent prosecution

26  history"), and that said document is an official public record.

27       5.   That the document attached as Exhibit 5 to the consolidated

28  declaration of Karl Kramer is a true and correct copy of excerpts

REQUEST FOR MANDATORY JUDICIAL NOTICE
C-94-20512 SW/C-96-20094 SW                    1

1  from <u>Kahn On Codes</u>, by David Kahn (1983), and that David Kahn's book

2  <u>Kahn On Codes</u> is a reliable authority on the history of

3  cryptography.

4      6.  That the document attached as Exhibit 11 to the

5  consolidated declaration of Karl Kramer is a true and correct copy

6  of excerpts from the <u>McGraw-Hill Dictionary of Scientific and</u>

7  <u>Technical Terms</u> (3rd ed.) containing the definitions of the terms

8  "message," "redundancy," and "transformation," and that said

9  dictionary is a reliable authority regarding the scientific and

10  technical definition of said terms.

11      7.  That the document attached as Exhibit 12 to the

12  consolidated declaration of Karl Kramer is a true and correct copy

13  of excerpts from <u>The Penguin Dictionary of Computers</u> (3rd ed.)

14  containing the definitions of the term "message," and that said

15  dictionary is a reliable authority regarding the definition of said

16  term.

17      8.  That the document attached as Exhibit 13 to the

18  consolidated declaration of Karl Kramer is a true and correct copy

19  of excerpts from the <u>Computer Security Reference Book</u> (1992)

20  containing the definitions of the term "key," and that said

21  reference book is a reliable authority regarding the definition of

22  said term.  _

23      9.  That the document attached as Exhibit 14 to the

24  consolidated declaration of Karl Kramer is a true and correct copy

25  of excerpts from the <u>Glossary of Cryptography</u>, by Shulman and

26  Weintraub (1961) containing the definition of the terms "decipher"

27  and "encipher" and that said glossary is a reliable authority

28  regarding the definition of said terms.

REQUEST FOR MANDATORY JUDICIAL NOTICE
C-94-20512 SW/C-96-20094 SW                    2

1    10.   That the document attached as Exhibit 15 to the

2    consolidated declaration of Karl Kramer is a true and correct copy

3    of excerpts from Webster's Third New International Dictionary of the

4    English Language (Unabridged), containing the terms "decipher,"

5    "encipher," "finite," "generate," "represent," "representation," and

6    "validate," and that said dictionary is a reliable authority

7    regarding the definitions of said terms.

8    11.   That the document attached as Exhibit 16 to the

9    consolidated declaration of Karl Kramer is a true and correct copy

10    of excerpts from The Codebreakers, by David Kahn (1967), and that

11    David Kahn's book The Codebreakers is a reliable authority regarding

12    the history of cryptography.

13    12.   That the document attached as Exhibit 17 to the

14    consolidated declaration of Karl Kramer is a true and correct copy

15    of excerpts from the Computer Dictionary (3rd ed.), containing the

16    definition of the terms "encipher" and "transformation," and that

17    said dictionary is a reliable authority regarding the definition of

18    said terms.

19    13.   That the document attached as Exhibit 18 to the

20    consolidated declaration of Karl Kramer is a true and correct copy

21    of excerpts from Chambers Science and Technology Dictionary (1988),

22    containing the definitions of the term "random," and that said

23    dictionary is a reliable authority regarding the definition of said

24    term.

25    14.   That the document attached as Exhibit 19 to the

26    consolidated declaration of Karl Kramer is a true and correct copy

27    of excerpts from Computer Professional's Dictionary (1990),

28    containing the definitions of the verb "process," and that said

1   dictionary is a reliable authority regarding the definition of said

2   terms.

3          15.   That the document attached as Exhibit 20 to the

4   consolidated declaration of Karl Kramer is a true and correct copy

5   of excerpts from Microsoft Press, Computer Dictionary (2nd ed.)

6   containing the definition of the term "transform," and that said

7   dictionary is a reliable authority regarding the definition of said

8   term.

9          16.   That the document attached as Exhibit 21 to the

10   consolidated declaration of Karl Kramer is a true and correct copy

11   of excerpts from The Penguin Dictionary of Mathematics (1989),

12   containing definitions of the term "transform," and that said

13   dictionary is a reliable authority regarding the definition of said

14   terms.

15          Cylink Corporation, Caro-Kann Corporation, and Stanford

16   University further request that the Court take judicial notice of

17   the meaning of the words defined in the dictionary entries attached

18   as Exhibits 11-15 and 17-21 of the consolidated declaration of Karl

19   Kramer.   Wilshire Westwood Assoc. v. Atlantic Richfield, 881 F.2d

20   801, 803 (9th Cir. 1989) (court takes judicial notice of dictionary

21   definitions of terms at issue); Pyles v. Merit Systems Protection

22   Bd., 45 F.3d 411, 415 (Fed. Cir. 1995) (taking judicial notice of

23

24

25

26

27

28

1   definition of medical terms from both medical and English language

2   dictionaries).

3        Dated: September 24, 1996

4                                    MORRISON & FOERSTER LLP
                                     ALSTON & BIRD
5

6                                    By: _____
7                                        Karl J. Kramer

8                                    Attorneys for Defendants and
                                     Counter-Claimants CYLINK
9                                    CORPORATION, CARO-KANN
                                     CORPORATION AND THE BOARD OF
10                                   TRUSTEES OF THE LELAND STANFORD
                                     JUNIOR UNIVERSITY
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REQUEST FOR MANDATORY JUDICIAL NOTICE
C-94-20512 SW/C-96-20094 SW                    5