1  KARL J. KRAMER (No. 136433)
   JANA G. GOLD (No. 154246)
2  MORRISON & FOERSTER LLP
   755 Page Mill Road
3  Palo Alto, California 94304-1018
   Telephone: (415)813-5600
4
   RAOUL D. KENNEDY (No. 40892)
5  MORRISON & FOERSTER LLP
   345 California Street
6  San Francisco, California 94104-2675
   Telephone: (415) 677-7000
7
   PATRICK J. FLINN (No. 104423)
8  ALSTON & BIRD
   One Atlantic Center
9  1201 W. Peachtree Street
   Atlanta, Georgia 30306
10 Telephone: (404)881-7000

11 Attorneys for Defendants/Counter-
   Claimants CYLINK, CARO-KANN CORPORATION
12 AND THE BOARD OF TRUSTEES OF THE
   LELAND STANFORD JUNIOR UNIVERSITY
13

FILED

SEP 27  3 31 PM '96  ORIGINAL

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

14                    UNITED STATES DISTRICT COURT
15                   NORTHERN DISTRICT OF CALIFORNIA
16

| | |
|---|---|
| ROGER SCHLAFLY,<br><br>Plaintiff,<br><br>v.<br><br>PUBLIC KEY PARTNERS AND RSA DATA SECURITY, INC.,<br><br>Defendants, | No. C-94-20512 SW |
| RSA DATA SECURITY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CYLINK CORPORATION and CARO-KANN CORPORATION, et al.<br><br>Defendants. | No. C-96-20094 SW<br><br>STIPULATION CONCERNING WITNESSES FOR THE CLAIM CONSTRUCTION HEARING |

STIPULATION CONCERNING WITNESSES FOR THE CLAIM CONSTRUCTION HEARING
C-96-20094 SW

1    WHEREAS, the parties seek to stream-line the presentations for
2  the Court at the claim construction hearing commencing on October 1,
3  1996;

4    WHEREAS, the parties have filed cross-motions to exclude
5  certain witnesses from testifying at the claim construction hearing;

6    WHEREAS, the parties have agreed that, in the interest of
7  efficiency, neither RSA Data Security, Inc. nor the defendants and
8  cross-claimants, Cylink Corporation, Caro-Kann Corporation and
9  Stanford University, shall call Robert L. Harmon or Aldo Test as an
10 expert or percipient witness at the claim construction hearing;

11   THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT neither RSA
12 Data Security, Inc. nor the defendants and cross-claimants, Cylink
13 Corporation, Caro-Kann Corporation and Stanford University shall
14 call Robert L. Harmon or Aldo Test as an expert or percipient
15 witness at the claim construction hearing.

16   STIPULATED AND AGREED:
17   Dated: September 26, 1996

18
                                    MORRISON & FOERSTER LLP
19                                  ALSTON & BIRD

20                                  By: /s/ Karl J. Kramer
21                                      Karl J. Kramer

22                                  Attorneys for Defendants and Counter-
                                    Claimants Cylink Corporation, Caro-
23                                  Kann Corporation, and Stanford Junior
                                    University

24
     Dated: September 27, 1996
25

26                                  HELLER, EHRMAN, WHITE & MCAULIFFE

27                                  By: /s/ Robert P. Taylor

28
                                    Attorneys for Plaintiff RSA