UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

FILED SEP 30 1996
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Date 9/30/96

and related case C-96-20094-SW - RSA v. Cylink.

Case No. C-94-20512-SW    Judge: SPENCER WILLIAMS

Title: Roger Schlafly  vs.  Public Key Partners, et al.

Attorneys Present: Roger Schlafly - IPP
Present: Robert Harlam, Robert O. Fram for RSA.
Raoul D. Kennedy for Cylink.

Deputy Clerk: JOHN POMEROY    PROCEEDINGS Reporter: Barbara Gonzalez 408-776-7955

| PLTF | DEFT | |
|---|---|---|
| ( ) | ( ) | 1. Tutorial & Court hearing on Markman claim construction issue |
| ( ) | ( ) | 2. |
| ( ) | ( ) | 3. |
| ( ) | ( ) | 4. |

( ) Motions(s):  ( ) Granted  ( ) Denied  ( ) Withdrawn  ( ) Off Calendar
              ( ) Granted in part, Denied in part

( ) Order to be prepared by  ( ) PLTF  ( ) DEFT  ( ) COURT

Case Continued to _____ for P/T Conf.
Case Continued to _____ for Trial.
Case Continued to 10/1/96 @ 9-a.m. for Further hearing.
Case Continued to _____ for Dismissal Calendar.

ORDERED AFTER HEARING:
See Trial Sheet for further information.

( ) SUBMITTED    ( ) BRIEFS TO BE FILED

Briefing Schedule:  Opening _____  Answer _____
                    Reply _____   Deemed Submitted on _____

Form CRD-1  12/82