_____ Final
_____ Interim for
       week ending _____

## TITLE SHEET

| | |
|---|---|
| CASE NUMBER | C-94-20512-SW. Roger Schlafly v. Public Key Partners, et al. |
| TITLE vs. | and related case C-96-20094-SW, RSA Data v. Cylink |
| COURT REPORTERS | Barbara Gonzalez 408-776-7955, Jeanette L. Bush 415-433-1234, + Sara Leyschon 415-433-1234. |
| DEPUTY CLERK: | John Pomeroy.        JUDGE: Hon. Spencer Williams |

| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |
|---|---|
| Roger Schlafly - IPP | Raoul D. Kennedy for Cylink |
| Robert Haslam & Robert Fram for RSA. | Jama L. Gold — " — |
| | Karl J. Kramer for " Stanford |
| | Patrick J. Flinn for " Caro-Kahn |

TRIAL SHEET

### JURY ATTENDANCE RECORD

YEAR 1996   MONTH Sept.   DAY | 30 | 1 | 2 |

1. Court Trial re Markman        X  X  X
2. claim construction issues
3.
4.
5.
6.
7.
8.
9.
10.
11.
12.
13.
14.
15.

FILED
224
OCT 2 - 1996
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## LIST OF EXHIBITS AND WITNESSES
### Continued

CASE NO. C-94-20512-SW   TITLE: Roger Schlafly vs. Public Key Partners, et al

| Plaintiff | | | Defendant | | | EXHIBITS | WITNESSES | Called By |
|---|---|---|---|---|---|---|---|---|
| Ex.# | id | ev. | Ex.# | id | ev | | | |
| | | | | | | | September 30th, '96 | |
| | | | | | | | Ct. Rptr. Barbara Gonzales | |
| | | | | | | 8:30 | Court preparation for Markman hearing. | |
| | | | | | | 9:50 | Counsel briefed the Court on the schedule | |
| | | | | | | 10:10 | Tutorial by Martin Hellman | |
| | | | | | | 11:05 | Recess | |
| | | | | | | 11:18 | Resumed | |
| | | | | | | 12:05 | Recess | |
| | | | | | | 1:40 | Tutorial by Allen Konheim | |
| | | | | | | 3:00 | Recess. | |
| | | | | | | 3:24 | Tutorial by Roger Schlafly. | |
| | | | | | | 4:18 | continued to 10/1/96 at 9 a.m. | |
| | | | | | | | October 1st, '96 | |
| | | | | | | | Ct. Rptr. Jeannette H. Bush 415-433-1234 | |
| | | | | | | 9:30 | Counsels approach as to today's hearing. | |
| | | | | | | 9:47 | Discussion re testimony of experts. | |
| | | | | | | 10:— | Counsel advise re marking of exhibits. | |
| | | | | | | | Cylink #1 to 999, RSA #1000 to 1499, Schlafly #1500 | |
| | | | | | | 10:01 | ~~RSA~~ Allen Konheim | RSA |
| 22 | ✓ | ✓ | | | | | applied cryptography. | |
| | | | | | | 11:00 | Recess | |
| | | | | | | 11:25 | Resumed. | |
| | | | | | | 11:55 | Recess | |
| | | | | | | 1:05 | Cylink (Kennedy) examines. | |
| | | | | 504 | ✓ | ✓ | Webster's Third New Intl. dictionary | |

cont.

## LIST OF EXHIBITS AND WITNESSES
### Continued

| Plaintiff | | | Defendant | | | EXHIBITS | WITNESSES | Called By |
|---|---|---|---|---|---|---|---|---|
| Ex.# | id | ev. | Ex.# | id | ev. | | | |
| | | | | | | | CASE NO. C-94-20512-SW  TITLE: Roger Schlafly vs. Public Key Partners, et al. | |
| | | | | | | | cont'd 10/1/96. | |
| | | | | | | 1:40 | Stanford (Flinn) examines | |
| | | | | | | 1:43 | Schlafly examines. | |
| | | | | | | 2:- | Recess | |
| | | | | | | 2:20 | Steven Dusse | RSA |
| | | | | | | 2:36 | Caylink (Kramer) examines. | |
| | | | 512 | ✓ | ✓ | | Frequently asked questions about today's cryptography. | |
| | | | 23 | ✓ | ✓ | | Notes on the validity of Stanford patent 4,218,582 | |
| | | | 24 | ✓ | ✓ | | Fax transmission 11/13/91 Bidzos to Forgnes & Newman re Stanford patent | |
| | | | | | | 3:04 | Schlafly - examines | |
| | | | | | | 3:10 | RSA - re-examines. | |
| | | | | | | 3:15 | continued to 10/2/96 @ 9:30 a.m. | |
| | | | | | | | October 2nd '96 | |
| | | | | | | | Ct. Rpt. - Sara Perschen 415-433-1234 | |
| | | | | | | 9:50 | RSA - marks the following exhibit. | |
| 1004 | ✓ | | | | | | excerpts, responses to RSA's First set of interrogatories | |
| 1006 | A+B ✓ | | | | | | deposition excerpts of L. Washington | |
| 1002 | ✓ | | | | | | draft of May '77 of information re Trap Door Knapsacks | |
| | | | | | | 9:53 | Caylink - no live testimony | |
| | | | | | | 9:54 | Stanford University - no live testimony | |
| | | | | | | 9:56 | Roger Schlafly | Self |
| | | | 13 | ✓ | | | Hellman-Merkle patent. | |
| | | | | | | 10:15 | RSA no cross | |
| | | | | | | 10:16 | Stanford - Garn-Kahn cross. | |
| | | | | | | 11:06 | Stanford - cross. | |
| | | | | | | | cont'd. | |

# LIST OF EXHIBITS AND WITNESSES
## Continued

CASE NO. C-94-20512-SW  TITLE: Roger Schlafly v. Public Key Partners, et al.

| Plaintiff | | | Defendant | | | EXHIBITS / WITNESSES | Called By |
|---|---|---|---|---|---|---|---|
| Ex.# | id | ev. | Ex.# | id | ev | | |
| | | | | | | cont'd 10/2/96 | |
| | | | | | | 11.10 Recess | |
| | | | | | | 11.25 RSA cross | |
| 1001 | ✓ | | | | | Multiuser cryptographic techniques | |
| | | | | | | 11.44 self-cross | |
| | | | | | | 12.00 Recess | |
| | | | | | | 1.40 RSA makes closing argument | |
| | | | | | | 2.25 Cylink  —  " — | |
| | | | | | | 2.43 Stanford — " — | |
| | | | | | | 2.45 Schlafly — " — | |
| | | | | | | 2.46 RSA reply | |
| | | | | | | 2.50 Cylink responds | |
| | | | | | | 2.53 Recess | |
| | | | | | | 3.20 Cylink's motion to remand arbitrable issues to arbitration panel | |
| | | | | | | 3.26 RSA responds | |
| | | | | | | 3.48 Cylink's reply | |
| | | | | | | 3.51 submitted | |