ORIGINAL

RECEIVED

OCT 29 '96

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

FILED

OCT 30 1996

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1   KARL J. KRAMER (No. 136433)
    JANA G. GOLD (No. 154246)
2   MORRISON & FOERSTER LLP
    755 Page Mill Road
3   Palo Alto, California  94304-1018
    Telephone: (415) 813-5600
4
    RAOUL D. KENNEDY (No. 40892)
5   MORRISON & FOERSTER LLP
    345 California Street
6   San Francisco, California 94104-2675
    Telephone:  (415) 677-7000
7
    PATRICK J. FLINN (No. 104423)
8   ALSTON & BIRD
    One Atlantic Center
9   1201 W. Peachtree Street
    Atlanta, Georgia 30306
10  Telephone: (404) 881-7000

11  Attorneys for Defendants/Counter-
    Claimants CYLINK, CARO-KANN CORPORATION
12  AND THE BOARD OF TRUSTEES OF THE
    LELAND STANFORD JUNIOR UNIVERSITY
13

14              UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16

17  ROGER SCHLAFLY,                    No.   C-94-20512 SW

18              Plaintiff,

19        v.

20  PUBLIC KEY PARTNERS AND RSA DATA
    SECURITY, INC.,

21              Defendants,

22
    ─────────────────────────────────  No.   C-96-20094 SW
23  RSA DATA SECURITY, INC.,
                                       STIPULATED ORDER REGARDING
24              Plaintiff,             EXPERTS AND DOCUMENTARY
                                       EVIDENCE
25        v.

26  CYLINK CORPORATION and CARO-KANN
    CORPORATION, et al.
27
                Defendants.
28

STIPULATED ORDER REGARDING EXPERTS
AND DOCUMENTARY EVIDENCE
No. C-96-20094 SW

1    WHEREAS the parties have agreed to revise the pre-trial

2  schedule concerning expert reports and depositions and foundational

3  discovery regarding the authenticity and admissibility of materials;

4    WHEREAS the parties agreement herein is not made for the

5  purpose of delay;

6    THEREFORE THE PARTIES AGREE AS FOLLOWS:

7    1.   Expert Reports.

8        a.   Reports offered on behalf of a party with the burden

9  of proof on an issue shall be served on November 22, 1996.

10       b.   Rebuttal expert reports shall be served on December

11  6, 1996.

12    2.   Expert Depositions.  Expert depositions shall take place

13  during the period December 9, through December 20, 1996.

14    3.   Custodian of Records Depositions.  The parties shall meet

15  and confer regarding the foundational and admissiblity issues

16  relating to documents.  Should they fail to reach agreement

17  regarding specific documents, the parties may take 30(b)(6)

18  depositions during January 1997 to obtain evidence concerning such

19  issues.

20    STIPULATED AND AGREED:

21    Dated:  _October 24, 1996_

22                          MORRISON & FOERSTER LLP

23                          ALSTON & BIRD

24                          By:_____

25                             Karl J. Kramer

26                          Attorneys for Defendants and Counter-
                            Claimants Cylink Corporation, Caro-
27                          Kann Corporation, and The Board of
                            Trustees of the Leland Stanford Junior
28                          University

STIPULATED ORDER REGARDING VALIDITY
MOTION BRIEFING AND HEARING SCHEDULE
No. C-96-20094 SW                    1

1

2   Dated: _10/24/96_

3                          HELLER, EHRMAN, WHITE & MCAULIFFE

4                          By: _Robert J. Harlan_

5

6                          Attorneys for Plaintiff RSA

7   Dated: _Oct 25, 1996_

8

9                          ROGER SCHLAFLY

10                         _Rsr Schl_

11

12  IT IS SO ORDERED.

13

14  Dated: _30 Oct 1996_

15                         _Spencer Williams_

16                         UNITED STATES DISTRICT COURT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED ORDER REGARDING EXPERTS
AND DOCUMENTARY EVIDENCE
No. C-96-20094 SW                      2