UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

MAGISTRATE JUDGE PATRICIA V. TRUMBULL

Date 3-3-97

ERO _____     Clerk _____

Case No. C-94-20512 SW     Case Title *Schlafley v. PKP*

**Appearances for Plaintiff(s)**
Roger Schlafley

**Appearances for Defendant(s)**
Thomas Hogan
Robert Haslam
Paul Livesay

## PROCEEDINGS

Pretrial Conferences:
[ ] Initial     [ ] Status     [ ] _____
[X] Settlement  [ ] Final
[ ] Other _____

241 FILED MAR 05 1997
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

MOTIONS

| Plif. | Def. | | |
|---|---|---|---|
| [ ] | [ ] | 1. _____ | [ ] |
| [ ] | [ ] | 2. _____ | [ ] |
| [ ] | [ ] | 3. _____ | [ ] |
| [ ] | [ ] | 4. _____ | [ ] |

## DISPOSITION

[ ] Granted        [ ] Submitted                    [X] Settled *in part*
[ ] Denied         [ ] Briefs to be filed           [X] Not Settled *in part*
                       (See schedule)
[ ] Granted in part, denied in part                 [ ] Off Calendar

Briefing Schedule:   Opening _____         Answer _____
                     Reply _____
[ ] Continued to _____ for _____

## ORDER TO BE PREPARED BY

[ ] Plaintiff    [ ] Defendant    [ ] Court    [ ] Court w/opinion

NOTES: 3 hours. — Rest of case needs a status conf. Parties agree mid April best for status