FILED

APR 7  3 15 PM '97

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

243

FIL

APR 7  3

RICHARD W. W
CLERK
U.S. DISTRICT
NO. DIST. OF C

Roger Schlafly, Pro Per
PO Box 1680
Soquel, CA  95073
telephone: (408) 476-3550

In the United States District Court
for the Northern District of California

| | |
|---|---|
| ROGER SCHLAFLY, Plaintiff<br>   v.<br>PUBLIC KEY PARTNERS, and<br>RSA DATA SECURITY INC., Defendants.<br><br>   and<br><br>RSA DATA SECURITY INC., Plaintiff<br>   v.<br>Cylink, Caro-Kann, and Stanford | ) Case C-94-20512 SW PVT<br>)<br>)<br>) Case Management<br>)  Statement<br>)<br>)<br>)<br>)<br>) Case C-96-20094 SW PVT<br>)<br>) 2 pm, Apr. 17, 1997 |

The parties conducted settlement negotiations with Mag. Trumball

in Feb. 1997.  We reached an impasse on the MIT patent.  A

settlement was orally agreed to on the Stanford patents.  I hope

that the issues of validity and scope of the Stanford patents will

have been settled before the settlement conference, but I cannot

say for sure because the parties are still preparing and reviewing

the settlement papers.  If the settlement does not occur, I will

request a ruling on the Stanford patents.

There is a discovery dispute which has not been resolved.   I made a broad request for documents which have already been produced in the Cylink/RSADSI litigations.   Defendants objected.   I am still trying to resolve the matter, but it may have to go before the Magistrate.

The remaining issues are the MIT patent, Schnorr patent, antitrust, and business practice claims.   There is a motion for summary judgment that has been pending for a long time on the patents.   Perhaps we need to have a Markman hearing on the MIT and Schnorr patents.

At the case management conference, I would like to get the remaining issues back on the calendar.

Dated:   Apr. 4, 1997

By: _____

Plaintiff, Roger Schlafly

CERTIFICATE OF SERVICE
=========================

Schlafly v. Public Key Partners and RSA Data Security Inc.
Case No. C-94-20512-SW, (PVT).
Filed on July 27, 1994, San Jose, Calif.

The undersigned hereby certifies that he caused a copy of:

       Case Management Statement

to be served this date by First Class Mail upon the

persons at the place and address stated below which is

the last known address:

       Thomas R. Hogan
       60 S Market St Ste 1125
       San Jose, CA 95113

       Jana G. Gold
       Morrison et al
       755 Page Mill Rd
       Palo Alto, CA 94304

       Robert D. Fram
       Heller et al
       525 University Ave
       Palo Alto, CA 94301

and to be emailed to the following:

       Patrick Flinn, internet!pflinn@alston.com
       Karl J. Kramer, internet!kkramer@mofo.com
       Robert Haslam, internet!rhaslam@hewm.com

I declare under penalty of perjury under the laws of the State

of California that the foregoing is true and correct.

Executed in Soquel, Calif. at the date below.


Dated:   Apr. 4, 1997

By: _____

Plaintiff, Roger Schlafly