1  Thomas R. Hogan, Esq., California State Bar No. 042048
   LAW OFFICES OF THOMAS R. HOGAN
2  60 South Market Street, Suite 1125
   San Jose, CA 95113-2332
3  Telephone: (408) 292-7600

4  Attorneys for Defendant
   PUBLIC KEY PARTNERS

FILED
APR 08 1997
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER SCHLAFLY,<br><br>　　Plaintiff,<br><br>v.<br><br>PUBLIC KEY PARTNERS and<br>RSA DATA SECURITY, INC.,<br><br>　　Defendants. | No. CV 94 20512 SW (PVT)<br><br><br><br>DEFENDANT PUBLIC KEY PARTNERS'<br>CASE MANAGEMENT CONFERENCE<br>STATEMENT |
| RSADSI,<br><br>　　Plaintiff,<br><br>v.<br><br>CYLINK CORPORATION, et al.<br><br>　　Defendants. | No. CV 96 20094 SW (PVT)<br><br>Date: April 17, 1997<br>Time: 2:00 p.m.<br>Courtroom 4 |

Defendant Public Key Partners ("PKP") submits the following Case Management Conference Statement.

### STATEMENT OF CASE

Plaintiff Roger Schlafly, appearing *pro se*, filed this action in July, 1994, against Public Key Partners ("PKP"), and one of its constituent partners, RSA Data Security, Inc. ("RSA") seeking a declaration of patent invalidity and non-infringement; and alleging violations of antitrust law, interference with contractual relationships, and unfair business practices.

## SETTLEMENT STATUS

The parties have orally agreed to terms of a settlement that would eliminate several of the issues now before the court. This settlement, which is likely to be finalized prior to the Case Management Conference, will eliminate Stanford as a party, as well as Cylink and Caro-Kann, except to the extent of their involvement as a PKP partner. The settlement agreement will also eliminate and dismiss those issues regarding the Stanford patents.

## REMAINING ISSUES

A discovery schedule regarding plaintiff's business tort causes of action should be finalized by the court at this time. It is PKP's position that such discovery can be accomplished within 90 days of the Case Management Conference.

Consideration should now also be given to recalendaring the motion for summary judgment regarding the MIT patents. Finally, PKP believes this case should be set for trial in either August or September, 1997, or at the Court's earliest convenience thereafter.

Dated: April 8, 1997

THOMAS R. HOGAN

Attorney for Defendant
PUBLIC KEY PARTNERS

## PROOF OF SERVICE U.S. MAIL

I am employed in the County of Santa Clara, State of California. I am over the age of 18 and not a party to the within action. My business address is 60 South Market Street, Suite 1125, San Jose, California 95113.

On April 8, 1997, I served the foregoing documents described as:

**DEFENDANT PUBLIC KEY PARTNERS'
CASE MANAGEMENT CONFERENCE STATEMENT**

on the interested parties in this action addressed as follows:

| | |
|---|---|
| **Roger Schlafly**<br>Post Office Box 1680<br>Soquel, California 95073 | **Karl J. Kramer**<br>Morrison & Foerster LLP<br>755 Page Mill Road<br>Palo Alto, California 94304-1018 |
| **Robert T. Haslam**<br>Heller Ehrman White & McAuliffe<br>525 University Avenue, Suite 1100<br>Palo Alto, California 94301-1900 | **James R. Busselle**<br>Tomlinson, Zisko, Morosoli & Maser<br>200 Page Mill Road, Second Floor<br>Palo Alto, California 94306 |

**Patrick J. Flinn**
Alston & Bird
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309

[X] BY MAIL

    [ ]    I deposited such envelope in the mail at San Jose, California. The envelope was mailed with postage thereon fully prepaid.

    [X]    As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Jose, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on April 8, 1997, at San Jose, California.

[ ]    STATE: I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]    FEDERAL: I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

PHILLIP E. MAROC