```
 1   KARL J. KRAMER (No. 136433)
     JANA G. GOLD (No. 154246)
 2   SHERMAN W. KAHN (No. 168924)
     MORRISON & FOERSTER LLP
 3   755 Page Mill Road
     Palo Alto, California  94304-1018
 4   Telephone: (415) 813-5600

 5   RAOUL D. KENNEDY (No. 40892)
     MORRISON & FOERSTER LLP
 6   345 California Street
     San Francisco, California  94104-2675
 7   Telephone: (415) 677-7000

 8   PATRICK J. FLINN (No. 104423)
     ALSTON & BIRD
 9   One Atlantic Center
     1201 W. Peachtree Street
10   Atlanta, Georgia  30306
     Telephone: (404) 881-7000
11
     Attorneys for Defendants/Counter-Claimants
12   CYLINK, CARO-KANN CORPORATION AND THE
     BOARD OF TRUSTEES OF THE
13   LELAND STANFORD JUNIOR UNIVERSITY

14

15                   UNITED STATES DISTRICT COURT

16                 NORTHERN DISTRICT OF CALIFORNIA
```

FILED
APR 10  3 38 PM '97
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

| | |
|---|---|
| ROGER SCHLAFLY,<br><br>        Plaintiff,<br><br>  v.<br><br>PUBLIC KEY PARTNERS AND RSADSI,<br><br>        Defendants, | No.   C-94-20512 SW<br><br>**CASE MANAGEMENT CONFERENCE STATEMENT OF CYLINK AND CARO-KANN** |
| RSADSI,<br><br>        Plaintiff,<br><br>  v.<br><br>CYLINK CORPORATION and CARO-KANN CORPORATION, et al.<br><br>        Defendants. | No.   C-96-20094 SW<br>Date:  April 17, 1997<br>Time:  2:00 p.m.<br>Telephone Conference |

1  Pursuant to this Court's Notice of March 14, 1997, Cylink
2  Corporation ("Cylink") and Caro-Kann Corporation ("CKC") hereby
3  file a Case Management Conference Statement. Cylink and CKC have
4  reached an agreement in principal with Mr. Schlafly that will
5  remove them, and the Stanford Patents, from the case. A draft
6  settlement agreement is pending for the parties execution. With
7  respect to the remaining issues in the case, Cylink and CKC have
8  no position and defer to the remaining parties, Public Key
9  Partners, RSA Data Security, Inc. and Mr. Schlafly. If the
10 agreement is signed prior to the Case Management Conference,
11 Cylink and CKC will inform the Court immediately.
12     If necessary, Mr. Robert Fougner, General Counsel for Cylink,
13 will be available for the telephonic Case Management Conference
14 should the Court have any questions for Cylink or CKC concerning
15 the settlement of the action or any other matter. Mr. Fougner can
16 be reached at (408) 735-5893.
17
18
19     Dated: April 10, 1997
20                                    MORRISON & FOERSTER LLP
                                       ALSTON & BIRD
21
22                                     By: _____
                                            Karl J. Kramer
23                                          Attorneys for Defendants/
                                            Counter-Claimants CYLINK,
24                                          CARO-KANN CORPORATION AND THE
                                            BOARD OF TRUSTEES OF THE LELAND
25                                          STANFORD JUNIOR UNIVERSITY
26
27
28

CASE MANAGEMENT STATEMENT
OF CYLINK AND CKC                        1
C-96-20094 SW

| | |
|---|---|
| 1 | **PROOF OF SERVICE BY MAIL** |

2    1.   I am employed with the law firm of Morrison & Foerster LLP, whose address is 755 Page Mill Road, Palo Alto, California 94304; I am not a party to the within cause; I am over the age of eighteen years and I am readily familiar with Morrison & Foerster's practice for collection and processing of correspondence for mailing with the United States Postal Service and know that in the ordinary course of Morrison & Foerster's business practice the document described below will be deposited with the United States Postal Service on the same date that it is placed at Morrison & Foerster with postage thereon fully prepaid for collection and mailing.

I further declare that on the date hereof I served a copy of:

**CASE MANAGEMENT STATEMENT OF CYLINK AND CKC**

on the following by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and mailing at Morrison & Foerster LLP, 755 Page Mill Road, Palo Alto, California 94304, in accordance with Morrison & Foerster's ordinary business practices:

Mr. James R. Busselle
Tomlinson, Zisko, Morosoli & Maser
200 Page Mill Road
Palo Alto, CA 94306

Robert T. Haslam
Heller, Ehrman, White & McAuliffe
525 University Avenue
Suite 1100
Palo Alto, CA 94301

Thomas R. Hogan
Law Offices of Thomas R. Hogan
60 S. Market St., Suite 1125
San Jose, CA 95113-2332

Roger Schlafly
P.O. Box 1680
Soquel, CA 95073

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed at Palo Alto, California, on April 10, 1997.

_Sandra K. Nicol_              _Sandra K. Nicol_
(typed)                                    (signature)