# HELLER EHRMAN WHITE & McAULIFFE

### ATTORNEYS
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS

525 UNIVERSITY AVENUE
PALO ALTO
CALIFORNIA 94301-1900

FACSIMILE: (415) 324-0638
TELEPHONE: (415) 324-7000

ROBERT T. HASLAM
(415) 324-7073
rhaslam@hewm.com

June 26, 1997

FILED

JUN 27   3 14 PM '97

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

ANCHORAGE
LOS ANGELES
PORTLAND
SAN FRANCISCO
SEATTLE
TACOMA

22364-0005

Richard W. Wieking
Clerk of the Court
United States District Court
Northern District of California
280 South First Street
San Jose, CA 95113

Re:   **Roger Schlafly v. Public Key Partners Et Al.**
        **Case No. C-94-20512-SW**

Dear Mr. Wieking:

We represent and are co-counsel for RSA Data Security, Inc., along with Tom Moore of Tomlinson Zisko Morosoli & Maser, regarding the above-mentioned case. However, we are not on the Court's docket for this case. Please arrange to add my name and address to the list for service of court documents.

If you have any questions, please give me a call at the direct dial number shown above.

Very truly yours,

Robert T. Haslam

cc: Thomas E. Moore, Esq.