UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

**FILED**

**JUL 17 1997**

Date [signature]
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

Case No. C-94-20512   Judge: SPENCER WILLIAMS

Title  Schlafly   vs.  Public Key Partners, et al.

Roger Schlafly                     Bob Haslam, Rob Fram, Phillip Marde,
                                   Paul Suiver
Attorneys Present  LINDA MONROE    Present

Deputy Clerk [crossed out]   PROCEEDINGS   Reporter Tonya Negel
                                           (510) 846-8831

| PLTF | DEFT | |
|---|---|---|
| (✓) | (✓) | 1  motion for partial summary judgment - Held |
| ( ) | ( ) | 2 |
| ( ) | ( ) | 3 |
| ( ) | ( ) | 4 |

( ) Motions(s):  ( ) Granted  ( ) Denied  ( ) Withdrawn  ( ) Off Calendar
                 ( ) Granted in part, Denied in part

(X) Order to be prepared by  ( ) PLTF  ( ) DEFT  (X) COURT

Case Continued to _____ for P/T Conf.
Case Continued to _____ for Trial.
Case Continued to _____ for Further Status.
Case Continued to _____ for Dismissal Calendar.

ORDERED AFTER HEARING:

_____

(X) SUBMITTED   ( ) BRIEFS TO BE FILED
Briefing Schedule:  Opening _____  Answer _____
                    Reply _____    Deemed Submitted on _____

Form CRD-1  12/82