UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**FILED**

CIVIL MINUTES

AUG 27 1997

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

Case No. C-94-20512  Judge: SPENCER WILLIAMS

Title _Schlafly_ vs. _Public Key Partners, et al_

Attorneys Present: Roger Schlafly — self / T.R. Hogan — PKP
  R.T. Haslam + R.D. Fram — RSA
Present

Deputy Clerk ~~John Pomeroy~~ LINDA MONROE  PROCEEDINGS  Reporter Lee-Anne Shortridge #408-287-4580

| PLTF | DEFT | |
|---|---|---|
| ( ) | (✓) | 1  RSA's motion for summary judgment — G |
| ( ) | ( ) | 2 |
| ( ) | (✓) | 3  Public Key Partners motion for partial |
| ( ) | ( ) | 4  Summary judgment — Submitted |

(✓) Motions(s): (#1) Granted  ( ) Denied  ( ) Withdrawn  ( ) Off Calendar

( ) Granted in part, Denied in part

(✓) Order to be prepared by  ( ) PLTF  ( ) DEFT  (✓) COURT

Case Continued to _____ for P/T Conf.
Case Continued to _____ for Trial / Jury ~ Court
Case Continued to _____ for Further Status / CMC
Case Continued to _____ for Dismissal Calendar.

ORDERED AFTER HEARING:

Motion #1 — granted in open Court.
Motion #2 — deemed submitted.

(#2) SUBMITTED  ( ) BRIEFS TO BE FILED

Briefing Schedule:  Opening _____  Answer _____
  Reply _____  Deemed Submitted on _____

Form CRD-1  12/82