AO 456 (Rev. 5/85) Notice

# United States District Court

NORTHERN  DISTRICT OF  CALIFORNIA  **FILED**

ROGER SCHLAFLY    V.   PUBLIC KEY PARTNERS, ET AL.,    NOTICE

CASE NUMBER: C-94-20512

AUG 27 1997
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

| TYPE OF CASE: | XX CIVIL | ☐ CRIMINAL |
|---|---|---|

☒ TAKE NOTICE That a proceeding in this case has been set for the place date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| United States District Court<br>Northern District of California<br>280 South First Street<br>San Jose, California 95113 | ~~Courtroom No. 4 on the fifth floor~~ |
| | DATE AND TIME |
| | 9/4/97 @ 2:00 p.m. – 4:00 p.m. |

TYPE OF PROCEEDING

Status Conference by Telephone re: Pre-Trial & Trial dates;
The Court will initiate the call to parties.

☐ TAKE NOTICE that the proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | ~~CONTINUED TO~~, DATE AND TIME |
|---|---|---|
| same as above | | Thursday, September 4, 1997 at 2:00 P.M. – 4:00 P.M. |

Note: Plaintiff's counsel or the moving party is to serve a copy of this notice on parties not listed below.

RICHARD W. WIEKING
Clerk of Court

August 27, 1997
Date

Deputy Clerk
Linda Monroe

To:
T. R. Hogan
60 S. Market St., #1125
San Jose, CA 95113

R. T. Haslam
525 University Ave., #1100
Palo Alto, CA 94301

R. Schlafly
P. O. Box 1680
Soquel, CA 95073

K. J. Kramer
755 Page Mill Rd.
Palo Alto, CA 94303

T. E. Moore
200 Page Mill Rd., 2nd Floor
Palo Alto, CA 94306