Roger Schlafly, Pro Per
PO Box 1680
Soquel, CA  95073
telephone: (408) 476-3550

In the United States District Court
for the Northern District of California

ROGER SCHLAFLY, Plaintiff        ) Case C-94-20512 SW PVT
                                 )
v.                               ) Notice of Appeal
                                 )
PUBLIC KEY PARTNERS, and         )
RSA DATA SECURITY INC., Defendants. )

### Notice of Appeal

Plaintiff Schlafly gives notice that he hereby appeals to the Court of Appeals of the Federal Circuit the final order and judgment filed August 29, 1997 dismissing this case and all adverse prior rulings made final thereby, including but not limited to discovery orders and denials of motions for summary judgment.

Dated:   Sept. 19, 1997

By: _____

Plaintiff, Roger Schlafly

## CERTIFICATE OF SERVICE

Schlafly v. Public Key Partners and RSA Data Security Inc.
Case No. C-94-20512-SW, (PVT).
Filed on July 27, 1994, San Jose, Calif.

The undersigned hereby certifies that he caused a copy of:

   Plaintiff's Notice of Appeal

to be served this date by First Class Mail upon the persons at the place and address stated below which is the last known address:

   Thomas R. Hogan
   60 S Market St Ste 1125
   San Jose, CA 95113

   Robert D. Fram
   Heller et al
   525 University Ave
   Palo Alto, CA 94301

and to be emailed to the following:

   Patrick Flinn, internet!pflinn@alston.com
   Karl J. Kramer, internet!kkramer@mofo.com
   Robert Haslam, internet!rhaslam@hewm.com
   Thomas R. Hogan, internet!trh@hoganlaw.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed in Soquel, Calif. at the date below.


Dated:   Sept. 19, 1997

By: _____

Plaintiff, Roger Schlafly