# United States District Court

NORTHERN ━━━━━━━━━━ DISTRICT OF ━━━━━━━━━━ CALIFORNIA

**FILED**

ROGER SCHLAFLY

SEP 1 9 1997 | **BILL OF COSTS**

C-Don B.

**V.**

PUBLIC KEY PARTNERS, et al.

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Case Number: CV 94 20512 SW (PVT)

Judgment having been entered in the above entitled action on <u>09/03/97</u> against <u>ROGER SCHLAFLY</u>
Date

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk ..................................................... $ | |
| Fees for service of summons and subpoena ..................................... | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case ...... | 6,391.09 |
| Fees and disbursements for printing ......................................... | 2,903.49 |
| Fees for witnesses (itemize on reverse side) ................................... | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case .................. | 1,254.00 |
| Docket fees under 28 U.S.C. 1923 .......................................... | |
| Costs as shown on Mandate of Court of Appeals ............................... | |
| Compensation of court-appointed experts .................................... | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ........... | |
| Other costs (please itemize) .............................................. | 10,548.58 |
| TOTAL $ | 10,548.58 |

SPECIAL NOTE:  Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to:

SEE ATTACHED PROOF OF SERVICE

Signature of Attorney: _____

Name of Attorney:  THOMAS R. HOGAN

For: Defendant, PUBLIC KEY PARTNERS                Date: 09/19/97
Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgement.

By: _____
Clerk of Court             Deputy Clerk                                Date

$A$

| EXPENSE | DATE | AMOUNT |
|---|---|---|
| **DEPOSITIONS/TRANSCRIPTS** | | |
| Weber & Volzing - Deposition of Schlafly - Vol I | 9/11/95 | 826.90 |
| Weber & Volzing - Deposition of Schlafly - Vol II | 9/12/95 | 521.30 |
| Weber & Volzing - Deposition of Schlafly - Vol III | 9/13/95 | 635.30 |
| Weber & Volzing - Deposition of Schlafly - Vol IV | 9/18/95 | 563.20 |
| Weber & Volzing - Deposition of Schlafly - Vol V | 9/19/95 | 555.65 |
| Weber & Volzing - Deposition of Schlafly - Vol VI | 9/22/95 | 651.68 |
| Weber & Volzing - Deposiiton of Schlafly - Vol VII | 9/28/95 | 763.58 |
| Weber & Volzing - Deposition of Schlafly - Vol VIII | 10/2/95 | 468.58 |
| Weber & Volzing - Deposition of Diffie | 10/23/95 | 342.00 |
| Weber & Volzing - Deposition of Merkle | 10/24/95 | 366.75 |
| Weber & Volzing - Deposition of Hellman | 10/25/95 | 360.50 |
| Weber & Volzing - Deposition of Rivest | 10/29/95 | 275.00 |
| Lee Ann Shortridge - Transcripts | 12/6/95 | 52.40 |
| Lee Ann Shortridge - Transcripts | 2/14/96 | 8.25 |

Total for Deposition/Transcripts:

6,391.09

```
WESER & VOLZING, INC.
?0 SOUTH MARKET STREET
       SUITE 770
   SAN JOSE, CA  95113
     (408) 292-2573
  TAX ID  94-2790130
```

01/03/96 - STATEMENT OF ACCOUNT

     LAW OFFICES OF THOMAS R. HOGAN
     60 SOUTH MARKET STREET
     11TH FLOOR
     SAN JOSE, CA  95113

| INVOICE# ATTN/CAPTION | BILLED | CURRENT | THIRTY+ | SIXTY+ | NINETY |
|---|---|---|---|---|---|
| 6355      THOMAS HOGAN, ESQ. | 09/19/95 | | | | |
| 09/11/95 - SCHLAFLY VS. PUBLIC KEY PARTNERS | | | | | 826.9 |
| 357      THOMAS HOGAN, ESQ. | 09/19/95 | | | | |
| 09/12/95 - SCHLAFLY VS. PUBLIC KEY PARTNERS | | | | | 521.2 |
| 359      THOMAS HOGAN, ESQ. | 09/19/95 | | | | |
| 09/13/95 - SCHLAFLY VS. PUBLIC KEY PARTNERS | | | | | 635.3 |
| 445      THOMAS HOGAN, ESQ. | 10/03/95 | | | | |
| 09/18/95 - SCHLAFLEY VS. PKP | | | | | 565.0 |
| 448      THOMAS HOGAN, ESQ. | 10/03/95 | | | | |
| 09/19/95 - SCHLAFLY VS. PKP | | | | | 955.0 |
| 471      THOMAS HOGAN, ESQ. | 10/04/95 | | | | |
| 09/28/95 - SCHLAFLY VS. PKP | | | | 765.53 | |
| 481      THOMAS HOGAN, ESQ. | 10/09/95 | | | | |
| 10/02/95 - SCHLAFLY VS. PUBLIC KEY PARTNERS | | | | 468.58 | |
| THOMAS HOGAN, ESQ. | 10/31/95 | | | | |
| 10/23/95 - SCHLAFLY VS. PKP | | | | 342.90 | |
| 79      THOMAS HOGAN, ESQ. | 11/08/95 | | | | |
| 10/29/95 - SCHLAFLY VS. PKP | | 275.00 | | | |
| 62      THOMAS HOGAN, ESQ. | 10/04/95 | | | | |
| 09/22/95 - SCHLAFLY VS. PKP | | | | 651.00 | |
| Attorney Totals:  $5,602.19 | | 275.00 | 2225.21 | 3102.5 | |
| 45      JOHN P. SHINN, ESQ. | 11/07/95 | | | | |
| 10/24/95 - SCHLAFLY VS. PKP | | 366.75 | | | |
| 70      JOHN P. SHINN, ESQ. | 11/08/95 | | | | |
| 10/25/95 - SCHLAFLY VS. PKP | | 360.30 | | | |
| Attorney Totals:  $727.05 | | 727.05 | | | |
```
                    1002.05   2225.21   3102.
```

WEBER & VOLZING, INC.
60 SOUTH MARKET STREET
SUITE 770
SAN JOSE, CA 95113
(408) 292-2573
TAX ID 94-2790499


THOMAS HOGAN, ESQ.
LAW OFFICES OF THOMAS HOGAN              October 3, 1995
60 SOUTH MARKET STREET
11TH FLOOR                               Invoice# 5443
SAN JOSE, CA 95113
                                         Balance:    $555.65


Caption: SCHLAFLY VS. PKP
         95-0979
Scheduled: 09/19/95    Billed: 10/03/95
Reporter: MELINDA M. MCDONALD


           I n v o i c i n g   I n f o r m a t i o n


Charge Description

                                                        Amount

DEPOSITION OF: ROGER SCHLAFLY, VOL V
LEVEL 2/ORIGINAL & COPY
HOURLY                                                  382.50
CERTIFICATE ORIGINAL & COPY                             112.50
EXHIBITS                                                 14.00
SCII                                                      6.65
CONDENSED TRANSCRIPT                                     10.00
HANDLING CHARGE AND HAND DELIVERY                        20.00
                                                        10.00

DUE DATE: NOV 2, 1995 - NET 30 DAYS


           P l e a s e   R e m i t  - - - -  Total Due:    $555.65


         A LATE PAYMENT CHARGE OF 1 1/2% PER MONTH MAY BE
         APPLIED ON BALANCES 30 DAYS OR MORE OVERDUE.

WEBER & VOLZING, INC.
60 SOUTH MARKET STREET
SUITE 770
SAN JOSE, CA  95113
(408) 292-2573
TAX ID  94-2790499


THOMAS HOGAN, ESQ.
LAW OFFICES OF THOMAS HOGAN
60 SOUTH MARKET STREET
11TH FLOOR
SAN JOSE, CA  95113

October  3, 1995

Invoice# 5445

Balance:     $563.20


Caption: SCHLAFLEY VS. PKP
         95-0972
Scheduled: 09/18/95    Billed: 10/03/95
Reporter: MELINDA M. MCDONALD


Invoicing  Information


Charge Description

| | Amount |
|---|---|
| DEPOSITION OF: ROGERSCHLAFLY, VOL IV | |
| LEVEL 2/ORIGINAL & COPY | |
| HOURLY | 390.00 |
| CERTIFICATE ORIGINAL & COPY | 108.00 |
| EXHIBITS | 14.00 |
| SCII | 11.20 |
| ONDENSED TRANSCRIPT | 10.00 |
| HANDLING CHARGE AND HAND DELIVERY | 20.00 |
| | 10.00 |

DUE DATE: NOV 3, 1995 - NET 30 DAYS


Please  Remit  - - - >  Total Due:    $563.20


A LATE PAYMENT CHARGE OF 1 1/2% PER MONTH MAY BE
ASSESSED ON BALANCES 60 DAYS OR MORE OVERDUE.

WEBER & VOLZING, INC.
60 SOUTH MARKET STREET
SUITE 770
SAN JOSE, CA  95113
(408) 292-2573
TAX ID  94-2790499


THOMAS HOGAN, ESQ.
LAW OFFICES OF THOMAS HOGAN          October  4, 1995
60 SOUTH MARKET STREET
11TH FLOOR                            Invoice# 5962
SAN JOSE, CA  95113
                                     Balance:    $651.88


Caption: SCHLAFLY VS. PKP
         95-0991
Scheduled: 09/22/95   Billed: 10/04/95
Reporter: MELINDA M. MCDONALD


## I n v o i c i n g   I n f o r m a t i o n


Charge Description

                                                    Amount

DEPOSITION OF: ROGER SCHLAFLY, VOL VI
LEVEL 2, ORIGINAL & COPY
HOURLY                                              438.75
CERTIFICATE ORIGINAL & COPY                         135.00
EXHIBITS                                             14.00
ASCII                                                22.05
CONDENSED TRANSCRIPT                                 10.00
HANDLING CHARGE AND HAND DELIVERY                    20.00
                                                     11.88

DUE DATE: NOV 4, 1995 - NET 30 DAYS


P l e a s e   R e m i t   - - - >   Total Due:    $651.88


A LATE PAYMENT CHARGE OF 1 1/2% PER MONTH MAY BE
ASSESSED ON BALANCES 30 DAYS OR MORE OVERDUE.

WEBER & VOLZING, INC.
60 SOUTH MARKET STREET
SUITE 770
SAN JOSE, CA  95113
(408) 292-2573
TAX ID  94-2790499


THOMAS HOGAN, ESQ.
LAW OFFICES OF THOMAS HOGAN
60 SOUTH MARKET STREET          October  4, 1995
11TH FLOOR
SAN JOSE, CA  95113             Invoice# 5471

                               Balance:    $748.58


   Caption: SCHLAFLY VS. PKP
            95-1010
  Scheduled: 09/28/95    Billed: 10/04/95
   Reporter: MELINDA M. MCDONALD


            I n v o i c i n g   I n f o r m a t i o n


Charge Description                                  Amount

DEPOSITION OF: ROGER SCHLAFLY, VOL VII
LEVEL 2 ORIGINAL & COPY
EXPEDITE FEE                                        390.00
HOURLY                                              195.00
CERTIFICATE ORIGINAL & COPY                         103.00
 XHIBITS                                             14.00
 SCII                                                14.70
CONDENSED TRANSCRIPT                                 10.00
HANDLING CHARGE AND HAND DELIVERY                    20.00
                                                     11.88

DUE DATE: NOV 4, 1995 - NET 30 DAYS


         P l e a s e   R e m i t  - - -   Total Due:    $748.58


         A LATE PAYMENT CHARGE OF 1 1/2% PER MONTH WILL BE
         ASSESSED ON ACCOUNTS NOT PAID WITHIN 30 DAYS.

WEBER & VOLZING, INC.
60 SOUTH MARKET STREET
SUITE 770
SAN JOSE, CA  95113
(408) 292-2573
TAX ID  94-2790499

THOMAS HOGAN, ESQ.
LAW OFFICES OF THOMAS HOGAN
60 SOUTH MARKET STREET
11TH FLOOR
SAN JOSE, CA  95113

October 31, 1995

Invoice# 5724

Balance:    $342.00

Caption: SCHLAFLY VS. PKP
         95-1101
Scheduled: 10/23/95   Billed: 10/31/95
Reporter: MELINDA M. MCDONALD

## I n v o i c i n g   I n f o r m a t i o n

| Charge Description | Amount |
|---|---|
| DEPOSITION OF: DR. WHITFIELD DIFFIE | |
| LEVEL 2-COPY | |
| CERTIFICATE COPY | 239.75 |
| EXHIBITS | 2.00 |
| ASCII | 65.25 |
| CONDENSED TRANSCRIPT | 10.00 |
| HANDLING CHARGE AND HAND DELIVERY | 20.00 |
| | 5.00 |

DUE DATE: NOV 31, 1995 -NET 30 DAYS

P l e a s e   R e m i t   - - - >   Total Due:    $342.00

A LATE PAYMENT CHARGE OF 1 1/2% PER MONTH MAY BE
ASSESSED ON BALANCES 60 DAYS OR MORE OVERDUE.

WEBER & VOLZING, INC.
60 SOUTH MARKET STREET
SUITE 770
SAN JOSE, CA  95113
(408) 292-2573
TAX ID  94-2790499

JOHN P. SHINN, ESQ.
LAW OFFICES OF THOMAS R. HOGAN
60 SOUTH MARKET STREET
11TH FLOOR
SAN JOSE, CA  95113

November  7, 1995

Invoice# 5745

Balance:    $366.75

Caption: SCHLAFLY VS. PKP
         95-1107
Scheduled: 10/24/95    Billed: 11/07/95
Reporter: MELINDA M. MCDONALD

I n v o i c i n g   I n f o r m a t i o n

| Charge Description | Amount |
|---|---|
| DEPOSITION OF: DR. RALPH C. MERKLE | |
| LEVEL 2-COPY | |
| CERTIFICATE COPY | 271.25 |
| EXHIBITS | 2.00 |
| ASCII | 58.50 |
| CONDENSED TRANSCRIPT W/ INDEX | 10.00 |
| HANDLING CHARGE AND HAND DELIVERY | 20.00 |
| | 5.00 |

DUE DATE: DEC 7, 1995 - NET 30 DAYS

P l e a s e   R e m i t  - - - >  Total Due:    $366.75

A LATE PAYMENT CHARGE OF 1 1/2% PER MONTH MAY BE
ASSESSED ON BALANCES 60 DAYS OR MORE OVERDUE.

WEBER & VOLZING, INC.
60 SOUTH MARKET STREET
SUITE 770
SAN JOSE, CA  95113
(408) 292-2573
TAX ID  94-2790499


THOMAS HOGAN, ESQ.
LAW OFFICES OF THOMAS R. HOGAN
60 SOUTH MARKET STREET
11TH FLOOR
SAN JOSE, CA  95113

November 7, 1995

Invoice# 5779

Balance:     $275.00


Caption: SCHLAFLY VS. PKP
         95-1133
Scheduled: 10/29/95   Billed: 11/08/95
Reporter: MELINDA M. MCDONALD


## I n v o i c i n g   I n f o r m a t i o n


| Charge Description | Amount |
|---|---|
| DEPOSITION OF: DR. RONALD LINN RIVEST | |
| LEVEL 2-COPY | |
| CERTIFICATE COPY | 208.25 |
| EXHIBITS | 2.00 |
| ASCII | 29.75 |
| CONDENSED TRANSCRIPT W/ INDEX | 10.00 |
| HANDLING CHARGE AND HAND DELIVERY | 20.00 |
| | 5.00 |

DUE DATE: DEC 7, 1995 - NET 30 DAYS


P l e a s e   R e m i t   - - - >   Total Due:     $275.00


A LATE PAYMENT CHARGE OF 1 1/2% PER MONTH MAY BE
ASSESSED ON BALANCES 60 DAYS OR MORE OVERDUE.

1

## INVOICE PAYABLE UPON RECEIPT

2

3

4   February 27, 1996

5

6

7   Law Offices of Thomas R. Hogan
    Attn:  Thomas R. Hogan
8   60 South Market Street, Suite 1125
    San Jose, California  95113
9

10

    Re:  Roger Schlafly vs. Public Key Partners, et al.
11       Case No. C-94-20512-SW

12

13

    Transcript of proceedings taken 12/6/95 before the Honorable
14  Spencer Williams, Senior Judge.

15

16

    40 pages at $1.31 a page (original & copies split) = $52.40
17  Total Invoice = $52.40

18

19

    Make check payable to:
20  Lee-Anne Shortridge, CSR #9595
    280 South First Street, Room 2112
21  San Jose, California  95113
    (408) 287-4580
22  SS# 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

23

24

25

1        <u>INVOICE PAYABLE UPON RECEIPT</u>

2

3

4    February 27, 1996

5

6

7    Law Offices of Thomas R. Hogas
     Attn:   Thomas R. Hogan
8    60 South Market Street, Suite 1125
     San Jose, California  95113
9

10

11   Re:   Roger Schlafly vs. Public Key Partners, et al.
           Case No. C-94-20512-SW

12

13

14   Transcript of proceedings taken 2/14/96, before the Honorable
     Spencer Williams, Senior Judge.

15

16

17   11 pages at $.75 a page = $8.25
     Total Invoice = $8.25

18

19

20   Make check payable to:
     Lee-Anne Shortridge, CSR #9595
21   280 South First Street, Room 2112
     San Jose, California  95113
     (408) 287-4580
22   SS# 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

23

24

25

$\mathcal{B}$

| EXPENSE | DATE | AMOUNT |
|---|---|---|

**COPYING CHARGES**

| | | |
|---|---|---|
| Copyman (Invoices from 8/4/95 - 9/16/95) | 9/16/95 | 2,611.55 |
| Kinkos | 10/24/95 | 147.38 |
| Copyman | 11/27/96 | 144.56 |
| In-house Copying for Initial Discovery (6/95 - 12/96) | | 1,254.00 |

Total for Copying Charges:                                    4,157.49

1        **PROOF OF SERVICE U.S. MAIL**

2        I am employed in the County of Santa Clara, State of California.  I am over the age of 18 and
not a party to the within action.  My business address is 60 South Market Street, Suite 1125, San

3    Jose, California  95113.

4        On September 19, 1997, I served the foregoing documents described as:

5                **BILL OF COSTS**

6    on the interested parties in this action addressed as follows:

7        **Roger Schlafly**                              **James Busselle, Esq.**
         **Post Office Box 1680**                    **Tomlinson, Zisko, Morosoli & Maser**

8        **Soquel, California  95073**                **200 Page Mill Road, 2nd Floor**
                                                      **Palo Alto, California  94306**

9
         **Robert Fram, Esq.**

10       **Heller, Ehrman, et al.**
         **525 University Avenue, Suite 1100**

11       **Palo Alto, California 94301-1900**

12   [X] BY MAIL

13       [ ]    I deposited such envelope in the mail at San Jose, California.  The envelope was
                mailed with postage thereon fully prepaid.

14

15       [X]    As follows:  I am "readily familiar" with the firm's practice of collection and
                processing correspondence for mailing.  Under that practice it would be deposited

16              with the U.S. postal service on that same day with postage thereon fully prepaid at
                San Jose, California in the ordinary course of business.  I am aware that on motion

17              of the party served, service is presumed invalid if postal cancellation date or
                postage meter date is more than one day after date of deposit for mailing in

18              affidavit.

     Executed on September 19, 1997, at San Jose, California.

19
     [ ]    STATE:  I declare under penalty of perjury under the laws of the State of California that

20          the above is true and correct.

21

22   [X]    FEDERAL:  I declare that I am employed in the office of a member of the bar of this
            Court at whose direction the service was made.

23

24          Leslie Holmes

25

26

27

28