Thomas R. Hogan, Esq., California State Bar No. 042048
Phillip E. Maroc, Esq., California State Bar No. 188525
LAW OFFICES OF THOMAS R. HOGAN
60 South Market Street, Suite 1125
San Jose, CA  95113-2332
Telephone:  (408) 292-7600

Attorneys for Defendant
PUBLIC KEY PARTNERS

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER SCHLAFLY,<br><br>    Plaintiff,<br><br>v.<br><br>PUBLIC KEY PARTNERS and<br>RSA DATA SECURITY, INC.,<br><br>    Defendants. | No. CV 94 20512 SW (PVT)<br><br>DEFENDANT PUBLIC KEY PARTNERS' WITHDRAWAL OF BILL OF COSTS |

    Defendant PUBLIC KEY PARTNERS does hereby withdraw its Bill of Costs, filed on September 19, 1997, with regard to the above-referenced matter.

Dated:  October 2, 1997

                                           THOMAS R. HOGAN

                                           Attorneys for Defendant
                                           PUBLIC KEY PARTNERS

MEMO OF COSTS
CV 94 20512 SW PVT                                 1

## PROOF OF SERVICE U.S. MAIL

I am employed in the County of Santa Clara, State of California. I am over the age of 18 and not a party to the within action. My business address is 60 South Market Street, Suite 1125, San Jose, California 95113.

On October 3, 1997, I served the foregoing documents described as:

**DEFENDANT PUBLIC KEY PARTNERS' WITHDRAWAL OF BILL OF COSTS**

on the interested parties in this action addressed as follows:

**Roger Schlafly**
**Post Office Box 1680**
**Soquel, California 95073**

**James Busselle, Esq.**
**Tomlinson, Zisko, Morosoli & Maser**
**200 Page Mill Road, 2nd Floor**
**Palo Alto, California 94306**

**Robert Fram, Esq.**
**Heller, Ehrman, et al.**
**525 University Avenue, Suite 1100**
**Palo Alto, California 94301-1900**

[X] BY MAIL

[ ] I deposited such envelope in the mail at San Jose, California. The envelope was mailed with postage thereon fully prepaid.

[X] As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Jose, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on October 3, 1997, at San Jose, California.

[ ] STATE: I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] FEDERAL: I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Leslie Holmes