**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**



**RELATED CASE ORDER**

FILED
NOV 2 0 1997

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

A Notice of Related Cases has been filed that the following cases are related within the meaning of Civil L.R. 3-12(a):

C97-3755 MHP RSA DATA SECURITY, INC. V. PRETTY GOOD PRIVACY, INC.
C94-20512 SW ROGER SCHLAFLY V. PUBLIC KEY PARTNERS, ET AL
C96-20094 SW RSA DATA SECURITY, INC. V. CYLINK CORPORATION, ET AL
C94-2332 JSL CYLINK CORPORATION V. RSA DATA SECURITY, ET AL

**ORDER**

The time for filing a statement to support or oppose the Notice has passed.  On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

[X]         **ARE NOT RELATED** as defined by Civil L.R. 3-12(b).

[ ] **ARE RELATED** as defined by Civil L.R. 3-12(b). Pursuant to Civil L.R. 3-12(e), the Clerk of Court is ordered to reassign the later-filed action to the undersigned.  Counsel are instructed that all future filings are to bear the initials _____ immediately after the case number.  All matters presently scheduled for hearing in the reassigned case(s) are vacated and must be renoticed for hearing before the undersigned.

DATED: **11/20/97**                                                    _____

STATES ___*Spencer Williams*___ JUDGE                      **UNITED**

**CERTIFICATE OF SERVICE**

I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record in the cases listed above.

                                                                        **Richard W.**
**Wieking, Clerk**

DATED: _____          By: _____

**Deputy Clerk**

Copies to:  Courtroom Deputies ✓
        Case Systems Administrators ✓
        Counsel of Record
Entered into Assignment Program: _____
                                                        (date)

*12/16/97*