OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK

280 So. FIRST St. Rm 2112
SAN JOSE, CA 95113
(408) 535-5364

June 1, 1998

**FILED**
JUN 01 1998
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

CASE NUMBER: C94-20512

CASE TITLE: Schlafly v. Public Key Partners

DATE MANDATE FILED: 6/1/98

TO COUNSEL OF RECORD:

The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

Sincerely,

RICHARD W. WIEKING, Clerk

by: Gordana Macic
Case Systems Administrator

Distribution:  CIVIL      -   Counsel of Record

               CRIMINAL   -   Counsel of Record
                              U.S. Marshal (Copy of Mandate)
                              U.S. Probation Office

NDC App-16 Rev. 10/91